IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHIEF BLACK THUNDERBIRD, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 5:03-CV-392-3 (DF) |
| DAWN BASKIN, et al., | : |
| Defendant. | : |

### ORDER OF REFERRAL

**IT IS ORDERED** that the above-captioned matter is hereby referred to **Richard L. Hodge, United States Magistrate Judge, Post Office Box 87, Albany, Georgia 31702**, for the conduct of proceedings herein in accordance with 28 U.S.C. § 636 and Local Rule 72.

Within **TEN (10) DAYS** after being served with any nondispositive order or with any proposed findings or recommendations, any party herein may serve and file written objections thereto with the Clerk of court; said objections will then be reviewed and considered by the district judge to whom said case is assigned. If the parties hereafter consent to trial and/or disposition of this matter by the United States Magistrate Judge, the Magistrate Judge will direct the entry of final judgment and any appeal will be made directly to the Eleventh Circuit Court of Appeals.

SO ORDERED, this 2nd day of December, 2003.

GREGORY J. LEONARD, CLERK

ENTERED ON DOCKET
12-2, 2003
Gregory J. Leonard, Clerk
Deputy Clerk

BY: _____
Deputy Clerk
At the Direction of the Court