# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
#### Macon _____ DIVISION

## QUESTIONNAIRE FOR PRISONERS PROCEEDING
## PRO SE UNDER 42 U.S.C. §1983

Chief Black Thunderbird "Eagle"

17911-054

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

**Plaintiff(s)**

**VS.**

**(See Attached Sheets)**

(NAME OF EACH DEFENDANT)

**Defendant(s)**

**CIVIL ACTION NO. 5:03-CV-0392-3**

**Third Amendment to**

Document Filed on 03Dec-8 PM 5:00

## I. GENERAL INFORMATION

1. **Your full name and prison number**   Chief Black Thunderbird "Eagle"

2. **Name and location of prison where you are now confined**   Jones County Sheriff
   Department, 123 Holmes Hawkins Drive, 31032

3. **Sentence you are now serving (how long?)**   Pre-trail Detainee N/A

   (a) **What were you convicted of?**   Pre-trail Detainee N/A

   (b) **Name and location of court which imposed sentence** Pre-trail Detainee N/A

   (c) **When was sentence imposed?**   N/A

   (d) **Did you appeal your sentence and/or conviction?**   ☐ Yes   ☒ No

   (e) **What was the result of your appeal?**   N/A

   (f) **Approximate date your sentence will be completed**   N/A

⑤

## List of Defendants for Civil Action No. 5:03-CV-0392-3

| | |
|---|---|
| United States District Attorney Maxwell Wood<br><br>United States Assistant District Attorney Richard Moultrie<br><br>United States Assistant District Attorney Stephanie Thacker<br><br>Attorney Fred Bright<br><br>Attorney Dawn Baskin<br><br>Attorney Stephen Bradley<br><br>Special Prosecutor Sheriff Howard Richard Sills<br>Putnam County Sheriff's Department<br><br>Dr. Waite<br>Dr. Arnold<br>Jones County Law Enforcement Center, Detention Center<br><br>US Marshals Service<br>Jane or John Does<br><br>Special Agent: Jalane Ward<br>Federal Bureau of Investigation<br><br>Special Agent: Joan Cronier<br>Federal Bureau of Investigation Atlanta<br><br>Dr. Muso<br>Clayton County Sheriff Department<br><br>Physician<br>Metropolitan Correction Center<br><br>Yaquwb Abdullah Muhammad<br>aka Yaquwb Johnson<br>aka Jake York<br>aka Jacob York<br><br>Habiba Washington<br>aka Abigail aka Gail Washington | Dr. Rakesh Kumar<br>Putnam County Sheriff Department<br><br>Tracey Bowen Detective<br><br>Noel L. Wilson<br><br>Dr. Ivan Negrone<br>USP Atlanta<br><br>Physician Assistant Rodrigo August<br>USP Atlanta<br><br>Nicole Lopez aka Adah Lopez<br><br>Nicole Harden aka Husna aka Nicky Harden<br><br>Zaiyda LaRoche<br><br>Sakinah Parham<br><br>Alicia Chester aka Nekaybaw Chester<br><br>Barbara Noel aka Shaira<br><br>10 John and Jane Does |

## II. PREVIOUS LAWSUITS

**4.** Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?    ☐ Yes    ☒ No

**5.** If your answer to question 4. is "Yes," list that lawsuit below, giving the following **information:** (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s):    N/A

Defendant(s):    N/A

(b) Name of Court:    N/A

(c) Docket Number:    N/A    When did you file this lawsuit?    N/A

(d) Name of judge assigned to case:    N/A

(e) Is this case still pending    ☐ Yes    ☒ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)    N/A

## III. PRESENT CONFINEMENT

**6.** Where are you <u>now</u> confined?    Jones County Sheriff Department

(a) How long have you been at this institution?    6 Months

(b) Does this institution have a grievance procedure?    ☒ Yes    ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

☐ Yes    ☒ No

(2) What was the result?    N/A

(d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Several letters of complaint have been written to the following:

American Correctional Association, USP Atlanta Regional Director,

United Nation High Commissioner for Human Right, (See Attachment A)

**(Addresses and Responses to Complaint Attached)**

### III. Present Confinement Attachment (6)
### 6d.

*(Attached on the following page are response letters from several individuals and the initial letter written to the U.S. Department of Justice.)*

Hon. Claude W. Hicks, Jr.                          No Reply/No Action Taken
U.S. Magistrate Judge
P.O. Box 48
Macon, Georgia 31202 U.S.A.

John Ashcroft                                      No Reply/No Action Taken
Attorney General of The United States
United States Department of Justice
Washington, D.C. 20530 U.S.A.

Theresa Weathers                                   Did Reply/Actions Taken
United States Department of Justice                          Unknown
Civil Rights Division
Washington, D.C. 20530 U.S.A.

Hon. Judge Rosalyn Higgins                         Did Reply/ No Action Taken
International Court of Justice
Peace Place 2517 KJ The Hague
Netherlands

Hon. Judge P.H. Kooijmans                          Did Reply/Action Unknown
International Court of Justice
Peace Place 2517 KJ The Hague
Netherlands

Mr. Carla Edelenbos                                Did Reply/No Action Taken
Human Rights Officer
United Nations High Commissioner for
Human Rights
Ppalais des Nations
CH-1211 Geneva 10

Thurbert E. Baker                                  No Reply/ No Action Taken
Attorney General of The State of Georgia
Capital Square, South West
Atlanta, Georgia 30334 U.S.A.

Larry D. Thompson                                  No Reply/ No Action Taken
U.S. Deputy Attorney General
Capital Square, South West

Atlanta, Georgia 30334 U.S.A.

Jack D. Lockridge                          No Reply/ No Action Taken
Executive Director
The Federal Bar Association
Washington, D.C. U.S.A.

R.E. Holt                                  Did Reply/ No Action Taken
Regional Director
U.S. Department of Justice
Federal Bureau of Prisons
Southeast Regional Office
Building 2000
3800 Camp Creek Parkway, S.W.
Atlanta, Georgia 30331-6226 U.S.A.

Amnesty International                      Awaiting Response/No Action Taken
600 Pennsylvania Ave, SE 5th Floor
Washington, DC 20003
Delivered In Person

World Organization Against Torture          Awaiting Response/No Action Taken
1725 K. Street NW, Suite 610
Washington, DC 20006
Delivered In Person

Human Rights Watch                         Awaiting Response/No Action Taken
1630 Connecticut Ave, NW Suite 500
Washington, DC 20009
Delivered In Person

Navajo Judicial Court                      Responded/Action Taken
Prosecutors Office
P.O. Box 3779
Window Rock, AZ 86515

International League For Human Rights       Responded/Action Taken
Nicholus Ach Stomoulakatos
2 Shelbourne Road
London N17 9YH (UK)

7. In what other institutions have you been confined?  Give dates of entry and exit.

**(See Attached Sheet)**

## IV.  PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

Chief Black Thunderbird "Eagle"    17911-054

Care Of 155 Mansfield Court

Athens Georgia Domestic Mailing Manual 122.32

"Non Domestic"

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

**(See Attached Sheet)**

## V.  STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved.  If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time;  if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.   KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

## III PRESENT CONFINEMENT ATTACHMENT (7)

**7.**

| DATE | LOCATION |
|---|---|
| May 8, 2002 to Oct 25, 2002 | Atlanta U.S. Penitentiary |
| Oct 25, 2002 to Dec 13, 2002 | Clayton County Sheriff's Department |
| Dec 13, 2002 to Jan 24, 2003 | Putnam County Sheriff's Department |
| Jan 24, 2003 to July 28, 2003 | Jones County Sheriff's Department |
| July 28, 2003 to Aug 14, 2003 | Atlanta U.S. Penitentiary |
| Aug 14, 2003 to Oct 16, 2003 | Metropolitan Correction Center - NY |
| Oct 16, 2003 to Oct 19, 2003 | FTC Oklahoma City |
| Oct 20, 2003 to present | Jones County Sheriff's Department |

## IV. Parties To This Lawsuit Attachment (Item #9)

United States District Attorney
**Maxwell Wood**
Asst. United States District Attorney
**Richard Moultrie**
Department Of Justice
**Stephanie Thacker**
P.O. Box 1702
Macon, Georgia 31202
478-752-3511 (Phone) 478-752-8155
(Fax)

**District Attorney Fred Bright**
121 N. Wilkinson St.
Milledgeville, Georgia 31061
478-445-5261 (Phone) 478-445-5041
(Fax)

**Attorney Dawn Baskin**
**Attorney Stephan Bradley**
824 Oak St., Suite 2
Eatonton, GA 31204

Putnam County Sheriff's Department
**Special Prosecutor Sheriff Howard**
**Richard Sills**
111 Ridley Dr.
Eatonton, Georgia 31024
706-485-2680 (Phone)

Jones County Law Enforcement Center
Detention Center
**Dr. Waite**
**Dr. Arnold**
123 Holmes Hawkins Dr.
Gray, Georgia 31032
478-986-4992 (Phone)

**Tracey Bowen**
**Detective**
111 Ridley Drive
Eatonton, Georgia 31024

US Marshals Service
**Jane or John Does**
100 N. Franklin Street
Dublin, Georgia 31201
478-274-0559 (Phone)

Federal Bureau of Investigation
First Liberty Bank Building
**Special Agent: Jalane Ward**
201 Second Street
Macon, Georgia 31201-2738
478-745-1271 (Phone)

Federal Bureau of Investigation Atlanta
**Special Agent: Joan Cronier**
2635 Century Parkway, Northeast
Suite 400
Atlanta, Georgia 30345-3112
404-679-9000 (Phone)

Clayton County Sheriff Department
**Dr. Muso**
9151 Tara Boulevard
Jonesboro, Georgia 30236
770-471-1122 (Phone)

**Sakinah Parham**
3369 Jones Road
Ellenwood, Georgia 30294

**Putnam County Sheriff Department**
**Dr. Rakesh Kumar**
111 Ridley Drive
Eatonton, Georgia 31024
706-485-2680 (Phone)

**Noel L. Wilson**
Address Unknown
Phone Unknown

**Physician**
Metropolitan Correction Center
150 Park Row
New York, New York 10007
212-240-9656 (Phone)

**Yaquwb Abdullah Muhammad**
**aka Yaquwb Johnson**
**aka Jake York**
**aka Jacob York**
5179 Meadowbrook Chase
Stone Mountain, Georgia 30088

**Habiba Washington**
**aka Abigail aka Gail Washington**
3170 Newkirk Avenue
Brooklyn, New York 11224

**Nicole Lopez**
**aka Adah Lopez**
1265 Autumn Hill Lane
Stone Mountain, Georgia 30096

**Zaiyda LaRoche**
2360 West Broad Street, Apt N-7
Athens, GA 30606

**Dr. Ivan Negrone**
USP Atlanta
601 McDonough Blvd., S.E.
Atlanta, Ga 30315

**Physician Assistant Rodrigo August**
USP Atlanta
601 McDonough Blvd., S.E.
Atlanta, GA 30315

**Nicole Harden**
**Husna aka Nicky Harden**
1650 Harvard Street, Apt 317
Washington, DC

**Alicia Chester aka Nekaybaw Chester**
1539 Sir Knight Way
Lawrenceville, Georgia 30045

**Barbara Noel aka Shaira**
133-27 231st Street
Laurleton, New York
Or
3448 Great Meadows Court
Lithonia, Georgia 30038

**10 John and Jane Does**

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur?  That is, at what institution or institutions?____ ( See Attached Sheets)_____

When do you allege this incident took place?___ **(See Attached Sheets)**_____

What happened?_____ **(See Attached Sheets)**_____

# V. STATEMENT OF CLAIM

1. Chief Black Thunderbird "Eagle" has been misidentified as defendant DWIGHT D. YORK in case No. 5:02-CR-27-1

    1.1. DWIGHT D. YORK is the defendant in 5:02-CR-27-1 in the US District Court for the Middle District Of Georgia, Macon Division.

    1.2. DWIGHT D. YORK is an artificial person without a living body.

    1.3. DWIGHT D. YORK is a fiction created by the State of Massachusetts and Social Security Number attached to any warrant summons to a trust which was issued pursuant to Social Security Act of 1935 Titled XI General Provisions Definition Section 1101 (a) when used in this Act the term "person" to social security laws 98th Congress 2nd Cession Committee Print through April 1, 1944 (49 Stat, 620, 647 (1935)) – See Attachment E and G

2. Chief Black Thunder Bird "Eagle" has been tortured and tormented.

    2.1. On May 8, 2002 in the parking lot of a K-Mart Shopping Center in front of K-Beauty Supply Store in Milledgeville, Georgia U.S.A. at 2:45pm Federal Agents in unmarked uniforms came to the enclosed vehicle and broke the vehicle's windows with the butts of their guns, which caused glass to shatter everywhere. The agents then forced Chief Black Thunderbird "Eagle" against the adjacent car with two rifles while forcing the other passengers to the hot scorching ground with cocked rifles pointed at the back of their heads. There were no weapons found in the vehicle.

3. Identity of force(s) carrying out the initial detention and/or torture (police, intelligence services, armed forces, paramilitary, prison officials, other)

    3.1. United States Middle District Of Georgia
    Magistrate Judge Claude W. Hicks, Jr.
    P.O. Box 48
    Macon, GA 31202
    478-752-3497 Ext 4454 (Phone)

    Claude W. Hicks, Jr. denied Chief Black Thunderbird "Eagle" the right to the "Presumption of Innocence" by denying him bond on the grounds, ***"They are acts that have been going on for a long period of time and which in the view of the court are very likely to continue if Defendant York is released from custody. He admittedly is the leader of the group occupying the campus in Putnam County, Georgia, and in my view his leadership position places him in a different category than Defendant Johnson"*** and ***"…it's not unlike the situation which I imagined existed in courtrooms earlier in pervious years***

*with individuals like Jimmy Swaggart, Jim Jones, Jim Baker."* Judge Claude
W. Hicks was also the Judge that issued the search warrant on the basis of
Jalane G. Ward's affidavit, an affidavit which contains elements of perjury.
Judge Claude W. Hicks, Jr. by denying bond has subjected Chief Black
Thunderbird "Eagle" to torture and cruel and inhumane treatment.

Similar Cases Where Bond Was Granted:

1. 11/21/2003 Michael Jackson, 45, Multi Million Dollar Singer Musician, Santa
   Barbara California, $3 Million Bond
   a. Arrested and charged with lewd and lascivious contact with a child
      younger than 14 years old.
2. 1/11/2003 Ralph William Tulk, 63, Sunday School Superintendent and Business
   Man, Elberton Georgia, $120,000 Bond
   a. Arrested and charged with 5 counts of child molestation for
      inappropriately touching five children at Holy Trinity Lutheran Church
      over several years.
3. 2/27/2002 Richard Marcovitz, 64, Rabi for Emanuel Synagogue, Oklahoma City,
   Oklahoma, $80,000 Bond
   a. Arrested and charged with 11 counts alleging lewd acts with two girls who
      attended religious school and sexual battery involving two women who
      worked at Emanuel Synagogue.

4. 06/12/2002, Juda Mintz, Jr., 59, Dunwoody, Georgia, Rabbi for Mount Freedom
   Jewish Center, $100,000 bond
   a. Mintz admitted that a that time (September 20000 that he had at least 10
      computer files containing photographs of minors engaging in sexual
      activity, including some images of children under 12.

5. 8/10/2003 Avdon Serratos, 31, Catholic Priest, Los Angeles, California, free on
   $100,000 bond
   a. Serratos was arrested for molesting a 15 year-old girl during a private
      confessional. Serratos was charged with four counts of Penal Code
      Section 288 (c)(1) Lewd Acts with a child.
   b.
6. 6/12/03 Jose Superiaso, 49, Catholic Priest for the Archdiocese of Santa Fe, Santa
   Fe, New Mexico, free on $2.5 million bond.

   a. Superiaso was arrested and charged with 25 counts of child molestation
7. 6/05/02 Priest Stephen Kielse, 55, Catholic Priest Fremont Parish, Lake Tahoe,
   Nevada, free on $180,000 bond

   a. Kielse is a former catholic priest defrocked from a Fremont parish. He
      faces several child molestation charges stemming back to the '70's when
      he was ousted. And he's suspected in other molestation cases against
      young girls in the mid '90's including three that were visiting him in his
      Truckee area home. Police are treating this as a potential murder

investigation because of possible links to at least four girls including one from El Dorado County and Amber Swartz-Garcia from Pinole.

8. 3/30/2003 Louis Miller, 72, Louisville, Kentucky, Catholic Priest of the Roman Catholic Archdiocese of Louisville, free on $100,000 bond.
   a. Father Miller is facing 50 Felony counts of indecent and immoral practices with another and sexual abuse in Jefferson County, involving 21 alleged victims. He also faces charges in neighboring Oldham County. More than 80 adults filed lawsuits against the Roman Catholic Archdiocese of Louisville naming Miller as their abuser. The suits, which grew to more than 200-named 27 priests in the last year – allege that archdiocese officials were aware of the abuse but did nothing to stop it.

9. 1/30/2002 Rev. Jeffrey Windy, 31, Davenport, Iowa, Catholic Priest, free on $100,000 bond
   a. Charged in federal court for making GHB or gamma hydroxybutyrate, known as the date rape drug for its ability to incapacitate people and leave them vulnerable to sexual assault.

10. 8/23/2002 Rev. Komlan Dem Houndjame, 43, Catholic Priest at Assumption Grotto Church, Detroit Michigan, Free on bond.
    a. Charged with two counts of criminal sexual conduct

11. March 2002 Patrick O'Shea, Leader of the local Catholic Church, San Francisco, California, held in lieu of $5 Million bond.
    a. Charged with 224 sexual abuse charges

This list includes 11 child molestation and related cases where the accused was given bond. It is estimated that there are 1,600 cases across America involving alleged pedophile priests. February 2002 the Diocese of Manchester, New Hampshire published the names of 14 priests involved in pedophile activities, Philadelphia archdiocese spokesperson Catherine Rossi announced the dismissal of several priest linked to child molestation, admitting that church administrators knew of 35 diocesan priests who had molested "approximately 50 children during five decades. Rev. Thomas Rydzewski, a Baltimore priest, was arrested by FBI agents in December of 2001 for possessing child pornography transmitted on the Internet. Two Jesuit priests employed as teachers at Boston College High School, Revs. Francis McManus and James Talbot were charged with molesting students during the 1970's and early 1980's. The same month, Boston archdiocese officials settled a civil claims arising from the crimes of Father John Geoghan for an estimated $20 million, bringing the total payout in his case along to $35 million for an estimated 186 victims. In March 2002 the Catholic Diocese of Springfield, Massachusetts surrendered files on 90 child-molesting priests spanning several decades.

3.2   United States District Attorney Maxwell Wood
      Asst. United States District Attorney Richard Moultrie
      Department Of Justice Stephanie Thacker
      PO Box 1702

Macon, GA 31202
478-752-3511 (Phone) 478-752-8155 (Fax)

U.S. District Attorney Maxwell Wood by and through Assistant US Attorney
Richard Moultrie requested the detention of Chief Black Thunderbird "Eagle"
on May 13, 2002 in case 5:02-CR-27. Because Magistrate Judge Claude W.
Hicks, Jr. granted the order for detention, this decision caused Chief Black
Thunderbird "Eagle" to be subjected to torture and cruel and inhumane
treatment.

Assistant US Attorney Richard Moultrie requested the detention of Chief Black
Thunderbird "Eagle" on May 13, 2002 in case 5:02-CR-27. The argument for
detention was that Chief Black Thunderbird "Eagle" was a violent felon and had
a rape conviction. This was later to be proven false by a letter submitted by
Attorney Jonathan Marx in regards to a juvenile statutory rape offense, which
was supposed to be expunged from his record, along with a past misdemeanor
in 1988. Because Magistrate Judge Claude W. Hicks, Jr. granted the order for
detention, this decision caused Chief Black Thunderbird "Eagle" to be subjected
to torture and cruel and inhumane treatment

3.3 Superior Court Judge, Ocmulgee Judicial Circuit
Judge William A. Prior
PO Box 728
Madison, GA 30650
706-342-0672 (Phone) 706-342-3730 (Fax)

Judge William A. Prior denied bond, which led to the torture of Chief Black
Thunderbird "Eagle".
Similar Cases Where Bond Was Granted

1. 11/21/2003 Michael Jackson, 45, Multi Million Dollar Singer  Musician, Santa
Barbara California, $3 Million Bond
  b.  Arrested and charged with lewd and lascivious contact with a child
      younger than 14 years old.
2. 1/11/2003 Ralph William Tulk, 63, Sunday School Superintendent and Business
Man, Elberton Georgia, $120,000 Bond
  c.  Arrested and charged with 5 counts of child molestation for
      inappropriately touching five children at Holy Trinity Lutheran Church
      over several years.
3. 2/27/2002 Richard Marcovitz, 64, Rabi for Emanuel Synagogue, Oklahoma
City, Oklahoma, $80,000 Bond
  d.  Arrested and charged with 11 counts alleging lewd acts with two girls who
      attended religious school and sexual battery involving two women who
      worked at Emanuel Synagogue.

4. 06/12/2002, Juda Mintz, Jr., 59, Dunwoody, Georgia, Rabbi for Mount Freedom
Jewish Center, $100,000 bond

    e.  Mintz admitted that a that time (September 20000 that he had at least 10 computer files containing photographs of minors engaging in sexual activity, including some images of children under 12.

5.8/10/2003 Avdon Serratos, 31, Catholic Priest, Los Angeles, California, free on $100,000 bond
    f.  Serratos was arrested for molesting a 15 year-old girl during a private confessional.  Serratos was charged with four counts of Penal Code Section 288 (c)(1) Lewd Acts with a child.
6.6/12/03 Jose Superiaso, 49, Catholic Priest for the Archdiocese of Santa Fe, Santa Fe, New Mexico, free on $2.5 million bond.
    a.  Superiaso was arrested and charged with 25 counts of child molestation
7.6/05/02 Priest Stephen Kielse, 55, Catholic Priest Fremont Parish, Lake Tahoe, Nevada, free on $180,000 bond
    b.  Kielse is a former catholic priest defrocked from a Fremont parish.  He faces several child molestation charges stemming back to the '70's when he was ousted.  And he's suspected in other molestation cases against young girls in the mid '90's including three that were visiting him in his Truckee area home.  Police are treating this as a potential murder investigation because of possible links to at least four girls including one from El Dorado County and Amber Swartz-Garcia from Pinole.

8.3/30/2003 Louis Miller, 72, Louisville, Kentucky, Catholic Priest of the Roman Catholic Archdiocese of Louisville, free on $100,000 bond.
    c.  Father Miller is facing 50 Felony counts of indecent and immoral practices with another and sexual abuse in Jefferson County, involving 21 alleged victims.  He also faces charges in neighboring Oldham County.  More than 80 adults filed lawsuits against the Roman Catholic Archdiocese of Louisville naming Miller as their abuser.  The suits, which grew to more than 200-named 27 priests in the last year – allege that archdiocese officials were aware of the abuse but did nothing to stop it.

9. 1/30/2002 Rev. Jeffrey Windy, 31, Davenport, Iowa, Catholic Priest, free on $100,000 bond
    a.  Charged in federal court for making GHB or gamma hydroxybutyrate, known as the date rape drug for its ability to incapacitate people and leave them vulnerable to sexual assault.
10. 8/23/2002 Rev. Komlan Dem Houndjame, 43, Catholic Priest at Assumption Grotto Church, Detroit Michigan, Free on bond.
    b.  Charged with two counts of criminal sexual conduct

11.March 2002 Patrick O'Shea, Leader of the local Catholic Church, San Francisco, California, held in lieu of $5 Million bond.
    c.  Charged with 224 sexual abuse charges

This list includes 11 child molestation and related cases where the accused was given bond  It is estimated that there are 1,600 cases across America involving

alleged pedophile priests.   February 2002 the Diocese of Manchester, New Hampshire published the names of 14 priests involved in pedophile activities, Philadelphia archdiocese spokesperson Catherine Rossi announced the dismissal of several priest linked to child molestation, admitting that church administrators knew of 35 diocesan priests who had molested "approximately 50 children during five decades, Rev. Thomas Rydzewski, a Baltimore priest, was arrested by FBI agents in December of 2001 for possessing child pornography transmitted on the Internet, Two Jesuit priests employed as teachers at Boston College High School, Revs. Francis McManus and James Talbot were charged with molesting students during the 1970's and early 1980's.   The same month, Boston archdiocese officials settled a civil claims arising from the crimes of Father John Geoghan for an estimated $20 million, bringing the total payout in his case along to $35 million for an estimated 186 victims. In March 2002 the Catholic Diocese of Springfield, Massachusetts surrendered files on 90 child-molesting priests spanning several decades

3.4   District Attorney Fred Bright
      121 N. Wilkinson St.
      Milledgeville, GA 31061
      478-445-5261 (Phone) 478-445-5041 (Fax)

      District Attorney Fred Bright by and through Assistant District Attorney Dawn
      Baskin argued against the motion for bond to release Chief Black Thunderbird
      "Eagle" from incarceration and torture on December 16, 2002.  Because of this
      argument Judge William A. Prior denied the motion for bond and subjected
      Chief Black Thunderbird "Eagle" to continued physical and mental torture.

3.5   Asst.District Attorney Dawn Baskin
      Asst. District Attorney Stephan Bradley
      824 Oak Street, Suite 2
      Eatonton, GA 31024

      The Assistant District Attorneys Dawn Baskin and Stephen Bradley are party to
      the torture of Chief Black Thunderbird "Eagle" having argued against the
      motion for bond to release Chief Black Thunderbird "Eagle" from incarceration
      and torture on December 16, 2002.  Because of this argument Judge William A.
      Prior denied the motion for bond and subjected Chief Black Thunderbird
      "Eagle" to continued physical and mental torture.

3.6   Putnam County Sheriff's Department
      Special Prosecutor Sheriff Howard Richard Sills
      Detective Tracey Bowen
      Detective Noel L. Wilson
      111Ridley Dr.

Eatonton, GA 31024

3.6.1    Sheriff Howard Richard Sills stated that he received an anonymous letter
in 1998, which suggested that criminal acts of child molestation were
taking place, yet he never reported this letter to the proper child protective
authorities so that a proper investigation could be raised at that time.
Sheriff Howard Richard Sills made statements to the FBI that Chief Black
Thunderbird "Eagle" was a violent person who stock piles weapons.  On
numerous occasions he caused for the property in Putnam County,
Georgia to be raided by GBI and other local law enforcement.  He has
made public statements about Chief Black Thunderbird "Eagle" defaming
his character since 1998 in local newspapers such as the Macon Telegraph
and The Eatonton Messenger.  While Chief Black Thunderbird "Eagle"
was in the custody of the Putnam County Sheriff Department, Sheriff Sills
subjected him to torture by denying him his proper prescription medicine,
extreme cold temperatures below 50° and placing convicted murders in his
cell even though he is a pre-trial detainee.  He was denied the right to
kosher food and the right to see his private physician even as his condition
of Hereditary Angioedema worsened.

3.6.2    Sheriff Howard Richard Sills brought a special presentment to the grand
jury without the District Attorney of the Ocmulgee Circuit and as a result
Chief Black Thunderbird "Eagle" was indicted on 107 counts of child
molestation.  His biased investigation, special presentment, slanderous and
derogatory statements against the character of Chief Black Thunderbird
"Eagle" have been the fuel and energy to the tortures committed against
Chief Black Thunderbird "Eagle".

3.6.3    Under the direction of Sheriff Howard Richard Sills these detectives were
instructed to engage in a biased investigation for over seven years against
Chief Black Thunderbird "Eagle".  Tracey Bowen conducted interviews
and then made false reports to the court in regards to witness testimonies.

3.6.4    Sheriff Howard Richard Sills went against Judge C. Ashley Royal's Order
for change of venue on October 16, 2003. Sheriff Howard Richard Sills
who called or was called by Karen Sloan of The Brunswick News.  By
Sheriff Sills an arresting officer and witness should have said, "I can not
comment on this case", but instead he gave her more bias press, which
now goes against Judge C. Ashley Royal's Order for change of venue. His
comments have now spoiled the Brunswick District.

3.6.5    Chief Black Thunderbird "Eagle's" face was scattered all across the News
because of the false allegations presented by DA Stephen Kelley in
regards to the Parade that the Yamassee Native American Moors of the
Creek Nation and its affiliated groups participated in.  These defamatory
statements have further caused him mental anguish in his present case

making the public view him as a "faker". Only to find out the next day after a meeting was set that the documents had not been falsified. The Chief of Police Edna Johnson, District Attorney Stephen Kelley, Mr. Tshaka Malik Al Kush were present at the meeting and documents were presented and the allegations were proved to be false. There was no television broadcast to clear up the allegations. This further defamed his character, which was a result of Sheriff Howard Richard Sills's involvement. Sheriff Sills is responsible for spoiling the venue and making it impossible for Chief Black Thunderbird "Eagle" to get a fair trial anywhere, which has mentally tormented him purposefully.

3.6.6   Sheriff Sills has spoiled the venue making it where there is nowhere in Georgia that Chief Black Thunderbird "Eagle" can get a fair trial. The Judges in the Olcmugee Judicial District are very familiar with the Nuwaubians and the past cases. Sheriff Sills has used this to his advantage and caused for Chief Black Thunderbird "Eagle's" character to be diminished with in the public eye all over the State of Georgia and has used his official capacity as a Sheriff to accomplish defaming Chief Black Thunderbird "Eagle's" character. These activities aided in the incarceration and further torture of Chief Black Thunderbird "Eagle".

3.7   US Marshals Service
John and Jane Doe
100 N. Franklin Street
Dublin, GA 31201
478-274-0559  (Phone)

3.8   Federal Bureau of Investigation
First Liberty Bank Building
Special Agent: Jalane Ward
201 Second Street
Macon, GA 31201-2738
478-745-1271 (Phone)

Special Agent: Jalane G. Ward is an active participant in the torture of Chief Black Thunderbird "Eagle". She made false statements to the Grand Jury that convened on May 2, 2002 that brought down the four-count indictment against Chief Black Thunderbird "Eagle". In her sworn affidavit on page 10, paragraph 19, line 13 she stated**,  " The CWs said that York also transported children from his communities in New York to Eatonton, and from Eatonton to Orlando, Florida, where he continued the abuses."** Yet on May 13, 2002 Jalane G. Ward made a statement in open court, which perjured the previous statement when she was being cross-examined by Attorney Edward T.M. Garland. **"Q. All right. Now, in connection with the travel for the purpose of having sex with a minor, do you have any witness who says that the purpose in the travel was to have the children have sex? A. The witness that says that?**

*Q. Yes. A. No Q. You have no witness that says that? A. Not that says that, no.*" Jalane G. Ward's statements regarding Chief Black Thunderbird "Eagle's" character such as "Cult Leader", "Rules that guarantee him free access to children and unquestioning loyalty as their spiritual leader" and "Violent". Because of these statements Chief Black Thunderbird "Eagle' was indicted, arrested, incarcerated, denied bond, and tortured. These statements along with a biased investigation make her a party to the torture by placing these unproven statements into the court record as fact.

3.9    Federal Bureau of Investigation Atlanta
       Special Agent: Joan Cronier
       2635 Century Parkway, Northeast
       Suite 400
       Atlanta, GA 30345-3112

       Special Agent: Joan Cronier has subjected Chief Black Thunderbird "Eagle" to torture by her involvement with the ongoing case and initial investigation. Special Agent: Joan Cronier interviewed several alleged victims such as Khalid Eddington, Kiturah Eddington, Zaiyada LaRoche, Nicole Hardin, Qamra Muhammad, Atiyah Thomas, Nicole "Adah" Lopez, Amala Noel, Taariq David Noel, Alicia Chester, Sakinah Parham, Habiba Washington, Yaquwb Muhammad a.k.a. Jacob York a.k.a. Yaquwb Johnson, all of whom gave double hear say testimony in which she submitted as official reports to the courts as factual evidence of a crime. These statements lead to the indictment, incarceration, denial of bond, and torture. Her involvement in the investigation makes her party to the torture.

3.12   Clayton County Sheriff Department
       Sheriff Stanley Tuggle
       Dr. Muso
       9151 Tara Boulevard
       Jonesboro, Georgia 30236
       770-471-1122 (Phone)

       Sheriff Stanley Tuggle denied visitation rights for Chief Black Thunderbird "Eagle" for over a week. Also, Chief Black Thunderbird "Eagle" was kept on lockdown in abnormal temperatures. As such, Sheriff Stanley Tuggle has been party to the torture of Chief Black Thunderbird "Eagle".

3.13   Jones County Law Enforcement Center
       Detention Center
       Dr. Waite
       Dr. Arnold
       123 Holmes Hawkins Dr.

Gray, Georgia 31032
478-986-4992 (Phone)

Dr. Waite was aware of Chief Black Thunderbird "Eagle's" medical condition
yet failed to ensure that his medicine was administered on time.  Also, on Dec 2,
2003, it was discovered that the medical form that is meant to identify the daily
medical regimen for Chief Black Thunderbird "Eagle" was blank.

3.14  Metropolitan Correction Center
      Physician
      150 Park Row
      New York, New York 10007
      212-240-9656 (Phone)

Chief Black Thunderbird "Eagle" was transferred to 10 South that is the
location within MCC where the highest level of security classified for terrorists
and serial killers are kept.  He was stripped of his visitation rights for 30 days.
He was blindfolded, hoodwinked and chained to a brick bed just for inquiring
about phone privileges.

3.15  Putnam County Sheriff Department
      Dr. Rakesh Kumar
      111 Ridley Drive
      Eatonton, Georgia 31024
      706-485-2680 (Phone)

3.16  Noel Lee Wilson
      Address Unknown
      Phone Unknown

Detective Noel Lee Wilson, who was the lead detective on the case before his
suspension for DUI and his arrest for drug abuse, aided in the torture of Chief
Black Thunderbird "Eagle" by participating in a biased investigation with out
exposing the animosity and lies of Sheriff Howard Richard Sills and his goal to
destroy Chief Black Thunderbird "Eagle".

3.17  Dr. Ivan Negrone
      USP Atlanta
      601 McDonough Blvd., S.E.
      Atlanta, GA 30315

Dr. Ivan Negrone refused to administer proper treatment to Chief Black
Thunderbird "Eagle" even though he was fully aware of his medical condition
Hereditary Angio-Edema and had communicated with Dr. Thompson (Chief
Black Thunderbird "Eagle's" primary physician) on several occasions. His
condition according to R.E. Holt of the U.S. Department Justice his condition is

now Acute Exacerbation of Angio-Edema as result of torture and negligence to receive proper medical attention.

3.18  Physician Assistant Rodrigo August
      USP Atlanta
      601 McDonough Blvd., S.E.
      Atlanta, GA 30315


3.20  Zaiyda LaRoche
      2360 West Broad Street, Apt N-7
      Athens, GA 30606

      Zaiyda LaRoche on July 11, 2001 gave false statements to FBI Agents at the Atlanta Branch of the FBI. Zaiyda LaRoche gave false statements to the FBI, which led to the arrest and torture of Chief Black Thunderbird "Eagle". These statements led the FBI to believe that Chief Black Thunderbird "Eagle" was a dangerous and controlling figure and thus they have treated him unjustly through torture and encouraged cruel and inhumane treatment at the facilities in which he was being held at. These statements made her a party to the torture.

3.22  Nicole Harden
      1650 Harvard Street, Apt 317
      Washington, DC

      Nicole Harden on May 23, 2001 gave false statements to FBI Agents at the Atlanta Branch of the FBI. Nicole Harden gave false statements to the FBI, which led to the arrest and torture of Chief Black Thunderbird "Eagle". These statements led the FBI to believe that Chief Black Thunderbird "Eagle" was a dangerous and controlling figure and thus they have treated him unjustly through torture and encouraged cruel and inhumane treatment at the facilities in which he was being held at. These statements made her a party to the torture.

3.23  Nicole Lopez a.k.a. Adah Lopez
      1265 Autumn Hill Lane
      Stone Mountain, Georgia 30096

      Nicole Lopez a.k.a. Adah Lopez on June 18, 2001 gave false statements to FBI Agents at the Atlanta Branch of the FBI. Nicole Lopez a.k.a. Adah Lopez gave false statements to the FBI, which led to the arrest and torture of Chief Black Thunderbird "Eagle". These statements led the FBI to believe that Chief Black Thunderbird "Eagle" was a dangerous and controlling figure and thus they have treated him unjustly through torture and encouraged cruel and inhumane treatment at the facilities in which he was being held at. These statements made her a party to the torture.

3.24  Sakinah Parham
      3369 Jones Road
      Ellenwood, Georgia 30294

Sakinah Parham on June 19, 2001 gave false statements to FBI Agents via a
telephone interview.  Sakinah Parham gave false statements to the FBI, which
led to the arrest and torture of Chief Black Thunderbird "Eagle".  These
statements led the FBI to believe that Chief Black Thunderbird "Eagle" was a
dangerous and controlling figure and thus they have treated him unjustly
through torture and encouraged cruel and inhumane treatment at the facilities in
which he has been held at.  These statements made her a party to the torture.

3.25  Habiba Washington a.k.a. Abigail Washington aka Gail Washington
      3017 Newkirk Avenue
      Brooklyn, New York 11224

Habiba Washington a.k.a. Abigail Washington on May 31, 2001 and June 4,
2001 gave false statements to FBI Agents at the residence of Jacob York in
Stone Mountain, GA.  Habiba Washington a.k.a. Abigail Washington gave false
statements to the FBI, which led to the arrest and torture of Chief Black
Thunderbird "Eagle". These statements led the FBI to believe that Chief Black
Thunderbird "Eagle" was a dangerous and controlling figure and thus they have
treated him unjustly through torture and encouraged cruel and inhumane
treatment at the facilities in which he has been held at.  These statements made
her a party to the torture.

3.26  Jacob York a.k.a. Yaquwb Muhammad a.k.a. Yaquwb Johnson
      5179 Meadowbrook Chase
      Stone Mountain, Georgia 30088

Jacob York a.k.a. Yaquwb Muhammad a.k.a. Yaquwb Johnson on May 31,
2001 gave false statements to FBI Agents at the residence of Jacob York in
Stone Mountain, GA.  Jacob York a.k.a. Yaquwb Muhammad a.k.a. Yaquwb
Johnson gave false statements to the FBI, which led to the arrest and torture of
Chief Black Thunderbird "Eagle". These statements led the FBI to believe that
Chief Black Thunderbird "Eagle" was a dangerous and controlling figure and
thus they have treated him unjustly through torture and encouraged cruel and
inhumane treatment at the facilities in which he has been held at.   These
statements made him a party to the torture.

3.27  Barbara Noel Aka Shaira
      133-27 231st Street
      Laurleton, NY 11413
      Or
      3448 Great Meadows Court

Lithonia, Georgia 30038

Barbara Noel aka Shaira through the persuasion of Jacob York aka Yaquwb
Muhammad    aka Yaquwb Johnson forced her under aged children to make
false statements against Chief Black Thunderbird "Eagle" on December 4, 2001
Amala Noel made false statements and on March 11, 2002 David Noel made
false statements, for which he later recanted.  These false statements to the FBI
led to the arrest and torture of Chief Black Thunderbird "Eagle"  These
statements led the FBI to believe that Chief Black Thunderbird "Eagle" was a
dangerous and controlling figure and thus they have treated him unjustly
through torture and encouraged cruel and inhumane treatment at the facilities in
which he has been held at.  These statements made her a party to the torture.

Alicia Chester aka Nekaybaw Chester
1539 Sir Knight Way
Lawrenceville, GA 30045

Alicia Chester on June 14, 2001 gave false statements to FBI Agents via a
telephone interview   Alicia Chester gave false statements to the FBI, which led
to the arrest and torture of Chief Black Thunderbird "Eagle".  These statements
led the FBI to believe that Chief Black Thunderbird "Eagle" was a dangerous
and controlling figure and thus they have treated him unjustly through torture
and encouraged cruel and inhumane treatment at the facilities in which he has
been held at.  These statements made her a party to the torture

4.  Chief Black Thunderbird "Eagle" has been subjected to torture and torment under the
    guise of repeated psychological evaluations.

4.1.  Chief Black Thunderbird "Eagle" has been tortured mentally by those who have
      no legal jurisdiction over him in an effort to deny him his status as a Native
      American.  On June 30, 2003 Chief Black Thunderbird "Eagle" declared his
      Nationality as being a Native American and his jurisdictional rights in open
      court to all who were present.  That the Federal Government has no jurisdiction
      over him according to The Drafted Declaration of the Rights of Indigenous
      Peoples E/Cn.4/Sub.2/1994/2/Add.1 (1994) Part VII, Article 31 & 36, Drafted
      by The Working Groups at its 11th Session and the Indigenous Peoples Earth
      Charter which was adopted at the Kari Oca Conference, 25-30 May 1992
      "United Nations". After this declaration it was determined by Judge Hugh
      Lawson of the United States Court of Middle District of Georgia that an order
      would be granted for Chief Black Thunderbird "Eagle" to undergo
      psychological evaluations. Chief Black Thunderbird "Eagle" has been subjected
      to mental torture for a total of 20 months and has been forced to undergo
      numerous mental evaluations.

4.2.  At the Putnam County Jail, governed by Sheriff Howard Richard Sills, Chief Black Thunderbird "Eagle" was physically forced, while his hands and feet were shackled, to speak with an attorney from the firm of Garland, Samuel and Loeb, who he later declared in open court on June 30, 2003 were not his attorneys.  He was forced out of his cell at three o'clock in the morning to undergo psychological evaluations by Dr. Nancy Aldridge who was hired by Attorney Ed Garland. Chief Black Thunderbird "Eagle" was subjected to a second evaluation right after the evaluation at 3am by order of the same attorney, Ed Garland. Chief Black Thunderbird "Eagle" was then forced under duress to sign a plea agreement. As soon as Chief Black Thunderbird "Eagle" declared his nationality, another evaluation was ordered. To be constantly told that you are not who you say you are or the person that is recognized by thousands of people is a form a mental torture. (See attached notarized letters)

4.3.  Dr. Sachy submitted a report on the results of his psychological evaluation of Chief Black Thunderbird "Eagle" to the Federal Court.  In his report he stated, "Mr. York (Chief Black Thunderbird "Eagle") was idiosyncratic, hyper-religious.... He also demonstrated Messianic Delusions, delusions of grandeur..." (See attachment). These statements were made after Chief Black Thunderbird "Eagle" stated, "Its obvious my case is being sped up with bogus dates created in order to get certain precedents established before they will have to deal with my indigenous and/or diplomatic status as a Chief of a recognized Native American tribe." Because of Dr. Sachy's findings Chief Black Thunderbird "Eagle" was transferred to MCC New York and forced to undergo additional psychological evaluations by Dr. William Ryan where he was again physically tortured.  At the conclusion of Dr. Ryan's evaluations he declared, "This evaluator's clinical impression of Mr. York is that of a 58 year-old separated, African American/Native American male....", thus confirming Chief Black Thunderbird "Eagle's" original claim to be an indigenous person who does not give the Federal Government jurisdiction over him.

4.4.  Judge C. Ashley Royal denied the motion put forth by Mr. Rubino, which challenged jurisdiction of the Federal Government.  The judge made his ruling by his own personal claim which stated that the Yamassee Native American Moors of the Creek Nation were not a recognized tribe with the Bureau of Indian Affairs, when in fact his striking of the motion became frivolous due to the fact that the Yamassee Native American Moors of the Creek Nation are indeed on the registry of petitioning tribes with the BIA under number 208/1999 and are recognized by other Native American Tribes such as the Hopi and Navajo.  The granting of psychological evaluations on the basis of challenging Chief Black Thunderbird "Eagle 's" nationality is a form of mental torture and was an attempt to wipe his mind and memory of his inalienable rights as a Native American. This is indeed a form of torture. SEE ATTACHMENT F

5. Chief Black Thunderbird "Eagle" was denied regular visitation while held in various facilities as a pre-trial detainee. They occurred on the following occasions:

   5.1. While at Atlanta Federal Penitentiary May 14, 2002 A.D. – October 25, 2002 A.D. Chief Black Thunderbird "Eagle" was not able to receive visits for one week after being incarcerated at this facility.

   5.2. While held at Clayton County Sheriff Department October 25, 2002 A.D. – December 13, 2002 A.D. Chief Black Thunderbird "Eagle" was held three days before gaining permission to have visits.

   5.3. When transferred to Putnam County Sheriff Department Chief Black Thunderbird "Eagle" was able to receive visits one day after arrival.

   5.4. When transferred to Jones County Sheriff Department January 24, 2003 A.D. – July 29, 2003 A.D. Chief Black Thunderbird "Eagle" was able to receive visits one day after arrival.

   5.5. When transferred to Atlanta Federal Penitentiary July 29, 2003 A.D. – August 14, 2003 A.D. during a hold over because Chief Black Thunderbird "Eagle" collapsed from being very ill as a result of not receiving his prescribed medicine during his transfer to MCC New York for a psychological evaluation. Chief Black Thunderbird "Eagle" was able to receive visits one week after arrival.

   5.6. When transferred to MCC New York Chief Black Thunderbird "Eagle" was permitted to receive visits after 30 days of incarceration. Initially Chief Black Thunderbird "Eagle" was held on 9 South orientation then after 30 days Chief Black Thunderbird "Eagle" was transferred to 10 South, which is the highest level of security and classified for terrorist and serial killers. After one visit by the pastor and family members, Chief Black Thunderbird "Eagle" was no longer allowed to receive visits for 30 days. Chief Black Thunderbird "Eagle" was blindfolded, hoodwinked and chained to a brick bed when inquiring phone privileges.

6. Places of detention and methods of torture:

   6.1. Chief Black Thunderbird "Eagle" has been moved several times and was tortured at several different facilities since the time of his arrest and kidnapping on May 8, 2002 A.D. The following instances violated Law 42 U.S.C. 14141, which was enacted in 1994. This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the constitution or laws of the United States. These types of conduct covered by this law can include, among other things, the use of excessive force, discriminatory harassment, false arrest, coercive sexual conduct, and unlawful stops, searches or arrests.

6.1.1.  Atlanta Federal Penitentiary:  May 8, 2002 – October 24, 2002

6.1.1.1.  Placed in a cell with convicted murderers and drug dealers.

6.1.1.2.  Life was threatened on several occasions.

This violates Standard Minimum Rules for the Treatment of Prisoners: Adopted by the First United nations Congress on the prevention of Crime and the Treatment of Offenders, held at Geneva in 1955, land approved by the Economic and Social Council by its resolution 63 C (XXIV) of 31 July 1957 and 2076 (LXII) of 13 May 1977: Section Preliminary Observations (in part), Rule 8 (b), stating "8. The different categories of prisoners shall be kept in separate institutions or parts of institutions taking account of their sex, age, criminal record, the legal reason for their detention and the necessities of their treatment. Thus: (b) Untried prisoners shall be kept separate for convicted prisoners"

6.1.1.3.  Food was pushed underneath the door to the cell where oftentimes part of the meal would be scraped off due to insufficient space between the bottom of the door and the floor which caused bacteria and germs to get on the food.

6.1.1.4.  Served discolored water.

6.1.1.5.  Denial of kosher food, which was necessary for health reasons.

This violates Standard Minimum Rule Section Food Rule 20 (1-2) "(1) Every prisoner shall be provided by the administration at the usual hours with food of nutritional value adequate for health and strength, of wholesome quality and well prepared and served. (2) Drinking water shall be available to every prisoner whenever he needs it."

6.1.1.6.  Placed in a cell at Atlanta Federal Penitentiary from May 14, 2002 – October 25, 2002, built for two but housed up to six men at a time.

6.1.1.7.  Forced to sleep on the cold hard concrete floor with rats and roaches.

This violates Standard Minimum Rule Section Preliminary Observations Rules 9&10. "9. (1) where sleeping accommodation is in individual cells or rooms, each prisoner shall occupy by night a cell or room by himself.  If for special reasons, such as temporary overcrowding, it becomes necessary for the central prison

administration to make an exception to this rule, it is not desirable to have two prisoners in a cell or room. 10. All accommodation provided for the use of prisoners and in particular all sleeping accommodation shall meet all requirements of health, due regard being paid to climatic conditions and particularly to cubic content of air, minimum floor space, lighting, heating and ventilation."

6.1.1.8.    Only allowed to shower three times a week for only 5-minutes at a time.

This violates Standard Minimum Rule Section Preliminary Observations (in part) Rule (13) "13. Adequate bathing and shower installations shall be provided so that every prisoner may be enabled and required to have a bath or shower, at a temperature suitable to the climate, as frequently as necessary for general hygiene according to season and geographical region, but at least once a week in a temperate climate."

6.1.1.9.    Placed in stressful conditions despite the suffering from a life threatening disease called Hereditary Angiodema, in which the throat could swell, causing migraine headaches, extreme breakout of hives, nausea, seizures, and massive swelling if placed under stressful conditions.

6.1.1.10.    Denied medication for days at a time, which resulted in several seizures. The first of which happened two weeks after incarceration.

6.1.1.11.    Both the prison and law enforcement officials repeatedly denied physician, Dr. William Thompson, MD medical access to Chief Black Thunderbird "Eagle".

6.1.1.12.    Transferred illegally without a trial from the Federal Government to the custody of the State Of Georgia for the State Trial to proceed first, a violation of the Federal Speedy Trial Act 18 U.S.C. § 3161-3174)

6.1.2.    Clayton County Sheriff Department October 25, 2002 – December 13, 2002

6.1.2.1.    Medical attention was ignored.

6.1.2.2.    Put in double solitary confinement.

6.1.2.3.    Denied access to fresh air.

6.1.2.4.    Not checked on.

This violates Standard Minimum Rule Section Medical Services (25-26) "25. (1) The medical officer shall have the care of the physical and mental health of the prisoners and should daily see all sick prisoners, all who complain of illness, and any prisoner to whom his attention is specially directed. 26. (1) The medical officer shall regularly inspect and advise the director upon:" The quantity, quality, preparation and service of food; The hygiene and cleanliness of the institution and the prisoners; The sanitation, heating, lighting and ventilation of the institution; The suitability and cleanliness of the prisoner's clothing and bedding;

6.1.3.   Putnam County Sheriff Department December 13, 2002 – January 24, 2002

6.1.3.1.    The facility is unclean

Standard Minimum Rules for the Treatment of Prisoners Section Preliminary Observations (in part), Rule (12) "12. The sanitary installations shall be adequate to enable every prisoner to comply with the needs of nature when necessary and in a clean and decent manner."

6.1.3.2.    Put in a cell with a convicted killer and classified as a high-risk prisoner even though he is a pre-trial detainee.

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Preliminary Observations (in part), Rule 8 (b), stating 8. The different categories of prisoners shall be kept in separate institutions or parts of institutions taking account of their sex, age, criminal record, the legal reason for their detention and the necessities of their treatment. Thus: (b) untried prisoners shall be kept separate for convicted prisoners.

6.1.3.3.    The temperature was kept below 50 Degrees Fahrenheit during the winter months.

6.1.3.4.    Food was often cold and messed over.

6.1.3.5.    Medication was often skipped and wrong dosages were given.

This violates Standard Minimum Rule Section Medical Services (25) "25. (1) The medical officer shall have the care of the physical and mental health of the prisoners and should daily see all sick prisoners, all who complain of illness, and any prisoner to whom

his attention is specially directed.

6.1.4.  Jones County Sheriff Department January 24, 2003 – July 29, 2003

6.1.5.  MCC New York August 14, 2003 – October 17, 2003

    6.1.5.1.  Transferred during the black out on August 14, 2003 and thus was unable to bathe for several days.

    This violates Standard Minimum Rule Section Preliminary Observations (in part) Rule (13) "13. Adequate bathing and shower installations shall be provided so that every prisoner may be enabled and required to have a bath or shower, at a temperature suitable to the climate, as frequently as necessary for general hygiene according to season and geographical region, but at least once a week in a temperate climate."

    6.1.5.2.  Given one set of used old under clothes, and one used wash cloth and wasn't changed for three weeks. No hygiene products were given, or allowed to be purchased.

    This violates Standard Minimum Rules for the Treatment of Prisoners: Section Clothing and bedding Rule: "17. (1) Every prisoner who is not allowed to wear his own clothing shall be provided with an outfit of clothing suitable for the climate and adequate to keep him in good health. Such clothing shall in no manner be degrading or humiliating. (2) All clothing shall be clean and kept in proper condition. Underclothing shall be changed and washed as often as necessary for the maintenance of hygiene. (3) In exceptional circumstances, whenever a prisoner is removed outside the institution for an authorized purpose, he shall be allowed to wear his own clothing or other inconspicuous clothing. 19. Every prisoner shall, in accordance with local or national standards, be provided with a separate bed, and with separate and sufficient bedding which shall be clean when issued, kept in good order and changed often enough to ensure its cleanliness."

    6.1.5.3.  When complaint letters were sent as a cc: to MCC New York, Chief Black Thunderbird "Eagle" was subjected to additional torture.

    6.1.5.4.  Placed on the worst possible floor, 10 South located on the roof where convicted Terrorists are housed.

    This violates Standard Minimum Rules for the Treatment of Prisoners: Section Preliminary Observations (in part), Rule 8 (b)

stating, "8. The different categories of prisoners shall be kept in separate institutions or parts of institutions taking account of their sex, age, criminal record, the legal reason for their detention and the necessities of their treatment. Thus: (b) Untried prisoners shall be kept separate for convicted prisoners"

6.1.5.5.    Forced to co-inhabit with inmates that have a religious and racial conflict of interest.

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Preliminary Observations (in part), Rule 9 (2) stating, "9 (2) Where dormitories are used, they shall be occupied by prisoners carefully selected as being suitable to associate with one another in those conditions. There shall be regular supervision by night, in keeping with the nature of the institution."

6.1.5.6.    Phone use was limited to once a month and visits were blocked during time spent at this facility.

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Contact with the outside world (in part), Rule (37), "Prisoners shall be allowed under necessary supervision to communicate with their family and reputable friends at regular intervals, both by correspondence and by receiving visits."

6.1.5.7.    No access to fresh air at any time.

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Exercise and Sport (in part), Rule 21 (1) stating, "(1) Every prisoner who is not employed in outdoor work shall have at least one hour of suitable exercise in the open air daily if the weather permits."

6.1.5.8.    Placed in a rat and roach infested room.  Complaints were not answered.  Room later flooded.

Standard Minimum Rules for the Treatment of Prisoners Section Preliminary Observations (in part), Rule (12) "12. The sanitary installations shall be adequate to enable every prisoner to comply with the needs of nature when necessary and in a clean and decent manner."

6.1.5.9.    Forced to rest handcuffed to a brick bed with four square holes located at each corner connected with metal bars through the middle.

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Clothing and Bedding Rule (19), "Every prisoner shall, in accordance with local or national standards, be provided with a separate bed, and with separate and sufficient bedding which shall be clean when issued, kept in good orders and changed often enough to ensure its cleanliness."

This violates Standard Minimum Rules for the Treatment of Prisoners: Section Preliminary Observations (in part), Rule (10,12) "10. All accommodation provided for the use of prisoners and in particular all sleeping accommodation shall meet all requirements of health, due regard being paid to climatic conditions and particularly to cubic content of air, minimum floor space, lighting, heating and ventilation. 12.The sanitary installations shall be adequate to enable every prisoner to comply with the needs of nature when necessary and in a clean and decent manner."

    6.1.6.   Oklahoma Federal Penitentiary October 17- October 21, 2003

  6.2.   Injuries from torture

    6.2.1.   Several seizures

    6.2.2.   Breakouts and swelling

    6.2.3.   Scares on wrists and ankles from shackles

    6.2.4.   Bruises from excessive force

    6.2.5.   Deterioration of health and eye sight

    6.2.6.   Childhood asthma surfaced

    6.2.7.   Illness called Acquired Hereditary Angioedema became more severe due to torture, now making it Acute Exacerbation of Angio Edema

  6.3.   No treatment was given as result of injuries

6.4.   Remedial action was taken and correspondence was initiated to the following legal and administrative authorities, which resulted in the following:

Hon. Claude W. Hicks, Jr.                    No Reply/No Action Taken
U.S. Magistrate Judge
P.O. Box 48
Macon, Georgia 31202 U.S.A.

John Ashcroft                                      No Reply/No Action Taken
Attorney General of The United States
United States Department of Justice
Washington, D.C. 20530 U.S.A.

Theresa Weathers                                   Did Reply/Actions Taken
United States Department of Justice                      Unknown
Civil Rights Division
Washington, D.C. 20530 U.S.A.

Hon. Judge Rosalyn Higgins                         Did Reply/ No Action Taken
International Court of Justice
Peace Place 2517 KJ The Hague
Netherlands

Hon. Judge P.H. Kooijmans                          Did Reply/Action Unknown
International Court of Justice
Peace Place 2517 KJ The Hague
Netherlands

Mr. Carla Edelenbos                                Did Reply/No Action Taken
Human Rights Officer
United Nations High Commissioner for
Human Rights
Ppalais des Nations
CH-1211 Geneva 10

Thurbert E. Baker                                  No Reply/ No Action Taken
Attorney General of The State of Georgia
Capital Square, South West
Atlanta, Georgia 30334 U.S.A.

Larry D. Thompson                                  No Reply/ No Action Taken
U.S. Deputy Attorney General
Capital Square, South West
Atlanta, Georgia 30334 U.S.A.

Jack D. Lockridge                                  No Reply/ No Action Taken
Executive Director
The Federal Bar Association
Washington, D.C. U.S.A.

R.E. Holt                                          Did Reply/ No Action Taken
Regional Director
U.S. Department of Justice
Federal Bureau of Prisons

Southeast Regional Office
Building 2000
3800 Camp Creek Parkway, S.W.
Atlanta, Georgia 30331-6226 U.S.A.

Amnesty International                                     Awaiting Response/No Action
600 Pennsylvania Ave, SE 5th Floor                     Taken
Washington, DC 20003
Delivered In Person

World Organization Against Torture                       Awaiting Response/No Action
1725 K. Street NW, Suite 610                             Taken
Washington, DC 20006
Delivered In Person

Human Rights Watch                                       Awaiting Response/No Action
1630 Connecticut Ave, NW Suite 500                      Taken
Washington, DC 20009
Delivered In Person

Navajo Judicial Court                                    Responded/Action Taken
Prosecutors Office
P.O. Box 3779
Window Rock, AZ 86515

International League For Human Rights                    Responded/Action Taken
Nicholus Ach Stomoulakatos
2 Shelbourne Road
London N17 9YH (UK)


6.5.   Was told the purpose of arrest was for money fraud

6.6.   Was never read the Miranda Rights

6.7.   Denied Bond for the reason given by Judge Claude Hicks Jr. "If released, these
       acts would continue", thus a violation of presumption of innocence

6.8.   Relevant Legislation Applied

       6.8.1.   Federal Indictment (5:02-Cr-27) Signed On May 2, 2002 A.D. By Grand
                Jury Of United States Middle District Of Georgia, Usa.  4 Counts In
                Violation Of 18 Usc § 3283 And 18 Usc § 2423 Interstate Transport Of
                Minors For Unlawful Sexual Activity, Coercion Or Enticement Of A
                Minor Female, And 31 Usc § 5324 Structuring Transactions To Avoid
                Reporting Requirements.

6.8.2. May 14, 2002 A.D. Indicted By The State Of Georgia (2002 Cr 229-10), Putnam County On 120 Counts Of Child Molestation In Violation Of O.C.G.A. § 16-6-4 (A), O.C.G.A. § 16-6-4 (C), And O.C.G.A. §16-6-5. State Of Georgia Re-Indicted On October 2, 2002 A.D. For An Additional 97 Counts Bringing All The Charges To 208.

6.9. Torture and incarceration continues after medical evidence shows a negative result for Herpes I and Chlamydia which some of the alleged victims have.

6.10. While under Duress, Chief Black Thunderbird "Eagle" was coerced into signing a Plea Agreement.

6.11. Character has been assassinated in the media by Rob Peecher of the Macon Telegraph, Bill Osinski of the Atlanta Journal Constitution, and Karen Sloan of the Brunswick News.

6.12. Video taped by Putnam County Sheriff's Department while under duress and coerced into signing a Plea Agreement. The videotape of the plea was sold to the public and placed on the World Wide Web.

7. Attachment A – Letters returned from U.S. Department of Justice

8. Attachment B – Statement from Dr. William Thompson, M.D. concerning the denial of treatment and medical condition of Chief Black Thunderbird "Eagle"

9. Attachment C – Thomas Sachy MD Evaluation Report

10. Attachment D – Competency to Stand Trial Evaluation

11. Attachment E – Affidavit filed November 21st 2003

12. Attachment F – Order On Defendant's Motion To Dismiss For Lack Of Jurisdiction

13. Attachment G – Judicial Notice filed November 21st 2003

14. Chief Black Thunderbird "Eagle" reserves all rights without prejudice to amend and, if deemed necessary, to correct this filing.

# V. STATEMENT OF CLAIM
## (Part 2)

1. Chief Black Thunderbird "Eagle" continues to be subjected to defamation of character, character assassination and misrepresentation:

   1.1. On December 8, 2003 A.D., an article published by the Brunswick News written by Josh Rayburn, conceded to make a direct association between Chief Black Thunderbird "Eagle", Santa Claus, Frosty and The Grinch. This article went on to state that "All four were represented in the Brunswick Christmas parade but only one could end up in court for doing so". It is important to note the following:

      1.1.1. Chief Black Thunderbird "Eagle" is a real person and a living being yet the article published on December 8, 2003 A.D. written by Josh Rayburn of the Brunswick News, placed him in a group that consisted of fictitious characters. The invitation/thank you letter that was sent to the The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999, acknowledged Maku "Chief" Black Thunderbird "Eagle" as the Chief of The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 and stated, "We would like to thank Maku: Chief Black Thunderbird Eagle Malachi Z. York-EL, and his tribe of Yamassee Native American Moors of the Creek Nation of Georgia U.N.N.M and the other world wide organizations…" This letter establishes that Maku "Chief" Black Thunderbird "Eagle" and Malachi Z York are one and the same and officially recognized by the Brunswick city government with in the State of Georgia.

      1.1.2. Chief Black Thunderbird "Eagle" is currently incarcerated as a pre-trial detainee therefore it was not possible for him to attend the Brunswick Christmas parade yet this article hints to the readers that Chief Black Thunderbird "Eagle" could end up in court because of something directly related to this event. This did nothing more than sully the reputation and character of Chief Black Thunderbird "Eagle" who wasn't even at the parade.

      1.1.3. The article stated that Chief Black Thunderbird "Eagle" was represented at the Brunswick Christmas parade but according to the constitution of the Yamassee Native American Moors of the Creek Nation, U.N.N.M, B.I.A "Bureau of Indian Affairs" NO. 208/1999, no one can represent the Chief other than the Chief himself. The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 was represented at the parade, not Chief Black Thunderbird "Eagle" therefore this printed statement was inaccurate and did nothing more than ridicule and defame Chief Black Thunderbird "Eagle's" character.

1.1.4. Chief Black Thunderbird "Eagle" is the Chief of the Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. "Bureau of Indian Affairs" Registry NO. 208/1999 and is not the leader of the other affiliate organizations yet his face is constantly shown in the news media as the leader of these religious and affiliate organizations. This is blatant misrepresentation.

1.1.5. The United Nuwaubian Nation of Moors is not a religious sect yet it is constantly labeled as such in the news media.

1.1.6. The Georgia General Assembly Unannotated Code, 51-3-2(a) states "Any false and malicious defamation of another in any newspaper, magazine or periodical tending to injure the reputation of the person and expose him to public hatred, contempt or ridicule, shall constitute a newspaper liable"

1.2. In the same article printed in the Brunswick News on December 8, 2003, titled "DA, Police Investigate", Stephen Kelly, District Attorney for the Brunswick Judicial Circuit, said he "might look into prosecuting them (U.N.N.M.) for submitting false information to a government, which is a felony". In actuality the accusation against the U.N.N.M. was invalid and inaccurate and did nothing more than leave the readers with a negative impression of Chief Black Thunderbird "Eagle" and the United Nuwaubian Nation of Moors. The article stated that "The United Nuwaubian Nation of Moors" could be brought up on felony charges for falsifying documents, yet what was submitted on the application for participation was the abbreviation of U.N.N.M. Only one conclusion can be drawn as to how Josh Rayburn knew the abbreviation stood for United Nuwaubian Nation of Moors. Someone informed him of this information, which further confirms that the city of Brunswick had already been spoiled with negative pre-trial publicity.

Note the following:

1.2.1. The names of The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999, along with affiliate organizations were submitted on the application for the City of Brunswick Christmas Parade to Mia Knight-Nichols, Program Coordinator for the Brunswick Downtown Development Authority, which was scheduled for December 6, 2003 A.D. at 10am. The application sent by The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 was accepted and recognized by way of a confirmation letter, which was written and signed by Mia Knight-Nichols on December 1, 2003 A.D.

1.2.2. The City of Brunswick Chief of Police, Edna Johnson, 206 Mansfield St., Brunswick, GA 31520, reviewed the confirmation letter, which was written and sent by the Program Coordinator, Mia Knight-Nichols, of the

Downtown Development Authority for Brunswick, Georgia, Mia Knight-Nichols and addressed to the Yamassee Native American Moors of the Creek Nation of Georgia.  It was acknowledged that The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 did properly identify themselves and that the accusations of false identification were inaccurate and unwarranted.  This was determined after the damage had already been done due to the inflammatory statements already cited in the Brunswick News and The Athens Banner Herald. 13 WMAZ in Macon, GA, WSBTV Channel 2 in Atlanta broadcasted the slanderous news on the morning, afternoon, evening, and nightly news.

1.3. Newspapers such as the Macon Telegraph, the Religion News Blog, and Athens Banner Herald also attempted to assassinate the character of Chief Black Thunderbird "Eagle" by printing similar articles to that of the Brunswick News dated on   Dec 8, 2003.

2.  Chief Black Thunderbird "Eagle" continues to be subjected to various jurisdictional issues:

2.1. Chief Black Thunderbird Eagle is not under the jurisdiction of the United States. He is an indigenous person who is sovereign to America and has complete autonomy, according to the Drafted Declaration of Human Rights, Adopted by the United Nations General Assembly Resolution Number217A (III) of 10 December 1948 and According to the Draft Declaration On The Rights Of Indigenous Peoples, E/Cn.4/Sub.2/1994/2/Add.1:

*Article 12*

*Indigenous peoples have the right to practice and revitalize their cultural traditions and customs.  This includes the right to maintain, protect and develop past, present and future manifestations or their cultures, such as archaeological and historical sites, artifacts, designs, ceremonies, technologies and visual and performing arts and literature, as well as the right to restitution of cultural, intellectual, religious and spiritual property taken with out free and informed consent or in violation of their laws, traditions and customs.*

2.2. Newspapers such as the Brunswick News, the Macon Telegraph, the Religion News Blog and many other papers throughout Georgia have all attempted to assassinate the character of Chief Black Thunderbird "Eagle" by making inflammatory statements within articles that do nothing more than taint and spoil the selected venue for Case No. 5:02-CR-27-1.

2.3. Stephen Kelly, District Attorney for the Brunswick Judicial Circuit was able to address U.N.N.M. in his statement to the Brunswick News as the United Nuwaubian Nation of Moors. It should be noted that nowhere in the application was the abbreviation of U.N.N.M. spelled out nor was it provided by a member of The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 tribe. For all intense purposes it could have stood for the United Negro National Movement. District Attorney Stephen Kelly should not have known that the Nuwaubians had any kind of affiliation with The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 unless someone provided that information to him. That person was Sheriff Howard Richard Sills.

2.4. It was confirmed that Sheriff Howard Richard Sills fed bogus and slanderous information to the Brunswick News right after Judge Royal of the US District Court for the Middle District of Georgia, Macon Division identified Brunswick as the venue for Case No. 5:02-CR-27-1. Sheriff Howard Richard Sills has deliberately tainted and spoiled this venue whose demographics consists of 15,600 people of which 7,300 are males, 8,270 are females, 59.81% are black, 36.41% are white and 0.27% are American Indian.

2.5. Outside forces, such as Sheriff Howard Richard Sills, continue to taint the chosen venue by feeding them allegations and accusatory information.

2.6. A motion for "Lack of Jurisdiction" on behalf of Chief Black Thunderbird "Eagle" regarding Case No. 5:02-CR-27-1 was denied due to the Court's conclusion that the Bureau of Indian Affairs, which is a government agency that gives partial sovereignty, does not recognize the Yamassee Native American Moors. It should be noted that the Bureau of Indian Affairs Number 208/1999, as well as the Downtown Development Authority of Brunswick, Georgia recognize this tribe. They acknowledge the existence of Chief Black Thunderbird "Eagle" and The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 and recognize both as Native Americans.

2.7. Chief Black Thunderbird "Eagle" along with the Yamassee Native American Moors of the Creek Nation has full sovereignty and is completely outside of the jurisdiction of the United States. The settlers can find confirmation of this fact in the documented history on the Massacre of theYamassees in 1715 A.D. This took place before 1776 A.D. when the United States was established as a country.

3. Chief Black Thunderbird "Eagle" is a Native American.

3.1. Chief Black Thunderbird "Eagle's" declaration that he is a Native American is on the record of the US District Court for the Middle District of Georgia, Macon

Division.  His declaration was made before Judge Hugh Lawson in a pre-trial hearing on June 30, 2003 A.D.

3.2. The US District Court for the Middle District of Georgia, Macon Division has recognized and acknowledged Chief Black Thunderbird "Eagle" as a Native American.

3.3. The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 recognize Chief Black Thunderbird "Eagle" as their Chief and Head Of State.  Both the B.I.A and the Downtown Development Authority of Brunswick, Georgia (a government agency), acknowledge The Yamassee Native American Moors of the Creek Nation, U.N.N.M., B.I.A. NO. 208/1999 as Native Americans.  One must therefore conclude that Chief Black Thunderbird "Eagle" is indeed a Native American and a real, not fictitious, person.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Kidnapping- Elizabeth York-Westbrook, Kathy Johnson, and Diane Vincent

Torture- Victor Gregg, Hagar Wallace, Dexter Hubbert, and Dr. William Thompson

20 John and Jane Does

**(See Attached Sheet)**

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Dismiss, Stricken, and Expunge Crimal Case Record No. 5:02-CR-27-1 pursuant to

Georgia Assembly Unannotated 35-3-37 aforesaid and Release victim.

Chief Black Thunderbird "Eagle"

Plaintiff

And/Or a relief set forth by what is deemed just and proper by the court

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you **will** be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this_____day of_____, 19_____.

_____
**PLAINTIFF**

## 10. <u>List of Name and Address of Every Witness</u>

1. Elizabeth York-Westbrook
   365 Epps Bridge Pkwy
   Athens, Georgia. 30606

2. Richelle York-Davis
   155 Mansfield Ct.
   Athens, Georgia. 30606

3. Dr. William Thompson
   404 Shadydale Rd.
   Eatonton, Georgia. 31024

4. Victor Gregg

5. Kathy Johnson

6. Diane Vincent

7. Dexter Hubbert

8. Hagar Eatmon