IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHIEF BLACK THUNDERBIRD : 
"EAGLE" a/k/a DWIGHT D. YORK, :
:
        Plaintiff :
:
VS. :
:   CIVIL ACTION NO. 5:03-CV-392-3(DF)
DAWN BASKIN, Ass't District Atty, :
*et al.*, :   PROCEEDINGS UNDER 42 U.S.C. § 1983
:   BEFORE THE U.S. MAGISTRATE JUDGE
        Defendants :
:   **O R D E R**

Plaintiff **CHIEF BLACK THUNDERBIRD "EAGLE" a/k/a DWIGHT D. YORK**, a pretrial detainee presently confined at the Jones County Jail in Gray, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 and ***Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics***, 403 U.S. 388 (1970). He has paid the requisite $150.00 filing fee.

Although plaintiff has submitted his claims on the Court's civil rights complaint forms, plaintiff has failed to submit the final page of the form, which contains a space for plaintiff's signature. Plaintiff has not otherwise signed his complaint. Under Rule 11(a) of the Federal Rules of Civil Procedure, every pleading shall be signed by the party.

Accordingly the Clerk of the Court is hereby **DIRECTED** to return to plaintiff the original complaint, along with a blank final page, for plaintiff to provide the information requested and to sign and date the complaint form. Plaintiff shall have thirty (30) days from the date of his receipt of this order to return said information. Failure to comply with this order shall result in the dismissal of plaintiff's complaint.

There shall be no service of process in this case until further order of the court.

**SO ORDERED**, this \_\_\_15th\_\_\_ day of December, 2003.

_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

ENTERED ON DOCKET
12-17, 2003
Gregory J. Leonard, Clerk
_____
Deputy Clerk