RECEIVED

IN THE UNITED STATES DISTRICT COURT DEC 22 PM 7 31
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Chief Black Thunderbird "Eagle"

17911-054

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

**Plaintiff(s)**

VS.

(See Attached Sheets)

(NAME OF EACH DEFENDANT)

**Defendant(s)**

Filed at 7:31 P M
DATE 12/22/03
DEPUTY CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

CIVIL ACTION NO. **5:03-CV-0392-3**

**Forth Amendment to**

Document Filed on 03 Dec-15 PM 2:00

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number  Chief Black Thunderbird "Eagle"

2. Name and location of prison where you are <u>now</u> confined  Jones County Sheriff Department, 123 Holmes Hawkins Drive, 31032

3. Sentence you are now serving (how long?)  Pre-trail Detainee N/A

   (a) What were you convicted of?  Pre-trail Detainee N/A

   (b) Name and location of court which imposed sentence  Pre-trail Detainee N/A

   (c) When was sentence imposed?  N/A

   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☒ No

   (e) What was the result of your appeal?  N/A

   (f) Approximate date your sentence will be completed  N/A



# V. STATEMENT OF CLAIM
## (Part 2)

1. Chief Black Thunderbird "Eagle" continues to be subjected to defamation of character, character assassination and misrepresentation:

    1.1. In an article in the Brunswick News newspaper, dated December 8, 2003, a direct association was made between Chief Black Thunderbird "Eagle", Santa Claus, Frosty the Snowman and The Grinch. This article went on to state that "All four were represented in the Brunswick Christmas parade but only one could end up in court for doing so". It is important to note the following:

        1.1.1. Chief Black Thunderbird "Eagle" is a real person and a living being yet the Brunswick News placed him in a group that consisted of fictitious characters.

        1.1.2. Chief Black Thunderbird "Eagle" is currently incarcerated as a pre-trial detainee therefore it was not possible for him to attend the Brunswick Christmas parade yet this article hints to the readers that Chief Black Thunderbird "Eagle" could end up in court because of something directly related to this event. This did nothing more than sully the reputation and character of Chief Black Thunderbird "Eagle" who wasn't even at the parade.

        1.1.3. The article stated that Chief Black Thunderbird "Eagle" was represented at the Brunswick Christmas parade but according to the constitution of the Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999, no one can represent the Chief other than the Chief himself. The Yamassee Tribe of Native American Moors were represented at the parade, not Chief Black Thunderbird "Eagle" therefore this printed statement was inaccurate and did nothing more than ridicule and defame Chief Black Thunderbird "Eagle's" character.

        1.1.4. Chief Black Thunderbird "Eagle" is the chief of the Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999 and is not the leader of the other affiliate organizations yet his face is constantly shown in the news media as the leader of these religious and affiliate organizations. This is blatant misrepresentation.

        1.1.5. The United Nuwaubian Nation of Moors is not a religious sect yet is constantly labeled as such in the news media.

        1.1.6. The Georgia General Assembly Unannotated Code, 51-3-2(a) states "Any false and malicious defamation of another in any newspaper, magazine or

periodical tending to injure the reputation of the person and expose him to public hatred, contempt or ridicule, shall constitute a newspaper liable"

1.2. In the same article printed in the Brunswick News on December 8, 2003, Stephen Kelly, District Attorney for the Brunswick Judicial Circuit, said he "might look into prosecuting them (U.N.N.M.) for submitting false information to a government, which is a felony". In actuality the accusation against the U.N.N.M. was invalid and inaccurate and did nothing more than leave the readers with a negative impression of Chief Black Thunderbird "Eagle" and the United Nuwaubian Nation of Moors.

Note the following:

1.2.1. The names of the Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999 along with affiliate organizations were submitted on the application for the City of Brunswick Christmas Parade which was scheduled for December 6, 2003 at 10am. The application sent by the Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999 was accepted and recognized by way of a confirmation letter which was written and signed by the Program Coordinator for the Downtown Development Authority of Brunswick, Georgia on December 1, 2003.

1.2.2. Chief of Police, Edna Johnson, reviewed the confirmation letter which was written and sent by the Program Coordinator of the Downtown Development Authority for Brunswick, Georgia and addressed to the Yamassee Native American Moors of the Creek Nation of Georgia. It was acknowledged that the Yamassee Native American Moors did properly identify themselves and that the accusations of false identification were inaccurate and unwarranted. This was determined after the damage had already been done due to the inflammatory statements already cited in the Brunswick News and other papers throughout Georgia.

1.3. Newspapers such as the Macon Telegraph, the Religion News Blog and many more also attempted to assassinate the character of Chief Black Thunderbird "Eagle" by printing similar articles to that of the Brunswick News dated on Dec 8, 2003.

2. Chief Black Thunderbird "Eagle" continues to be subjected to various jurisdictional issues:

2.1. Chief Black Thunderbird Eagle is not under the jurisdiction of the United States. He is an indigenous person who is sovereign to America and has complete autonomy, which is recognized by the United Nations under UN No. 215-1993.

2.2. Newspapers such as the Brunswick News, the Macon Telegraph, the Religion News Blog and many other papers throughout Georgia have all attempted to assassinate the character of Chief Black Thunderbird "Eagle" by making inflammatory statements within articles that do nothing more than taint and spoil the selected venue for Case No. 5:02-CR-27-1.

2.3. Stephen Kelly, District Attorney for the Brunswick Judicial Circuit was able to address U.N.N.M. in his statement to the Brunswick News as the United Nuwaubian Nation of Moors. It should be noted that nowhere in the application was the acronym of U.N.N.M. spelled out nor was it provided by a member of the Yamassee tribe. For all intense purposes it could have stood for the United Negro National Movement. District Attorney Stephen Kelly should not have known that the Nuwaubians had any kind of affiliation with the Yamassee Native American Moors unless someone provided that information to him. That person was Sheriff Howard Richard Sills.

2.4. It was confirmed that Sheriff Howard Richard Sills fed bogus and slanderous information to the Brunswick News right after Judge Royal of the US District Court for the Middle District of Georgia, Macon Division identified Brunswick as the venue for Case No. 5:02-CR-27-1. Sheriff Howard Richard Sills has deliberately tainted and spoiled this venue whose demographics consists of 15,600 people of which 7,300 are males, 8,270 are females, 59.81% are black, 36.41% are white and 0.27% are American Indian.

2.5. Outside forces, such as Sheriff Howard Richard Sills, continue to taint the chosen venue by feeding them allegations and accusatory information.

2.6. A motion for "Lack of Jurisdiction" on behalf of Chief Black Thunderbird "Eagle" regarding Case No. 5:02-CR-27-1 was denied due to the Court's conclusion that the Bureau of Indian Affairs, which is a government agency that gives partial sovereignty, does not recognize the Yamassee Native American Moors. It should be noted that the United Nations, under #215-1993, as well as the Downtown Development Authority of Brunswick, Georgia recognize this tribe. They acknowledge the existence of Chief Black Thunderbird "Eagle" and the Yamassee Native American Moors of the Creek Nation and recognize both as Native Americans.

2.7. Chief Black Thunderbird "Eagle" along with the Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999 has full sovereignty and is completely outside of the jurisdiction of the United States. Confirmation of this fact can be found in the documented history on the Massacre of theYamassees by the settlers in 1715. This took place before the United States was established as a country.

3. Chief Black Thunderbird "Eagle" is a Native American.

- 3.1. Chief Black Thunderbird "Eagle's" declaration that he is a Native American is on the record of the US District Court for the Middle District of Georgia, Macon Division. His declaration was made before Judge Hugh Lawson in a pre-trial hearing on June 30, 2003.

- 3.2. The US District Court for the Middle District of Georgia, Macon Division has recognized and acknowledged Chief Black Thunderbird "Eagle" as a Native American.

- 3.3. The Yamassee Native American Moors of the Creek Nation U.N.N.M., B.I.A. #208/1999 recognize Chief Black Thunderbird "Eagle" as their Chief and leader. Both the United Nations and the Downtown Development Authority of Brunswick, Georgia (a government agency), acknowledge the Yamassee Native American Moors of the Creek Nation as Native Americans. One must therefore conclude that Chief Black Thunderbird "Eagle" is indeed a Native American.

4. Chief Black Thunderbird "Eagle" continues to be subjected to cruel and unusual punishment.

    - 4.1. Judge C. Ashley Royal is attempting to close the courtroom for Case No. 5:02-CR-27-1 on the grounds that the Yamassee Native American Moors of the Creek Nation B.I.A. #208/1999 have tainted the jury pool in Brunswick, Georgia. It is important to note the following:

        - 4.1.1. In the days that followed Judge C. Ashley Royal's decision to change the venue for Case No. 5:02-CR-27-1 to Brunswick, Georgia, the Brunswick News printed an article based on information provided by Sheriff Howard Richard Sills and other members of the prosecution team. This article was the first media coverage in Brunswick, Georgia regarding Chief Black Thunderbird "Eagle" and was extremely biased. This came right after Judge Royal had specifically expressed his concerns regarding biased media coverage against Chief Black Thunderbird "Eagle" in various cities throughout Georgia yet Sheriff Howard Richard Sills and the prosecution team forwarded this biased information to this local newspaper anyway. It was at this point that the jury pool was tainted and spoiled. This happened months before the Christmas Parade took place in Brunswick, Georgia which is the event that the prosecution team claims the jury pool was tainted by the Yamassee Native American Moors of the Creek Nation B.I.A. #208/1999.

        - 4.1.2. The prosecution team is claiming that the jury pool became tainted when members of the Yamassee Native American Moors of the Creek Nation B.I.A. #208/1999 passed out various flyers at the Christmas Parade in Brunswick, Georgia which they participated in. This claim has resulted in Judge C. Ashley Royal's attempt to have a closed courtroom proceeding for Case No. 5:02-CR-27-1. Chief Black Thunderbird "Eagle" was not

present at the Christmas parade. He is currently incarcerated as a pre-trial detainee for Case No. 5:02-CR-27-1 and had no involvement in any activities that took place at that event. He was in no way responsible for the actions of those that attended the parade yet closing the courtroom to the public for Case No. 5:02-CR-27-1 would be nothing more than cruel and unusual punishment against Chief Black Thunderbird "Eagle".

4.1.3. There are over 5000 members in the Yamassee Native American Moors of the Creek Nation B.I.A. #208/1999. Under no circumstances did Chief Black Thunderbird "Eagle" request that members hand out flyers at the parade nor did he request that literature be passed out on his behalf. It is unrealistic and unfair to assume that Chief Black Thunderbird "Eagle" can control the actions of so many especially when he is currently held as a pre-trial detainee and should not be punished for the actions of others. Closing the courtroom proceeding of Case No. 5:02-CR-27-1 for the aforementioned reasons would be nothing more than cruel and unusual punishment towards Chief Black Thunderbird "Eagle".

4.1.4. Chief Black Thunderbird "Eagle's" sixth amendment right will be violated if he has a closed courtroom trial. The sixth amendment guarantees the right to a public trial. It is cruel and unusual punishment to hold one person responsible for the actions of over 5000 other individuals.