IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHIEF BLACK THUNDERBIRD        :
"EAGLE"                        :
                              :
        Plaintiff             :
                              :
VS.                           :        CIVIL ACTION NO. 5:03-CV-0392-3
                              :
UNITED STATES DISTRICT        :
ATTORNEY MAXWELL WOOD,         :
UNITED STATES ASSISTANT       :
DISTRICT ATTORNEY RICHARD     :
MOULTRIE, ATTORNEY FRED       :
BRIGHT, ATTORNEY DAWN         :
BASKIN, ATTORNEY STEPHEN      :
BRADLEY, SPECIAL PROSECUTOR   :
SHERIFF HOWARD RICHARD SILLS, :
PUTNAM COUNTY SHERIFF'S       :
DEPARTMENT, DR. WAITE, DR.    :
ARNOLD, JONES COUNTY LAW      :
ENFORCEMENT CENTER,           :
DETENTION CENTER, US          :
MARSHALS SERVICE, JANE OR     :
JOHN DOES, SPECIAL AGENT      :
JALANE WARD, FEDERAL BUREAU   :
OF INVESTIGATION, SPECIAL     :
AGENT JOAN CRONIER, FEDERAL   :
BUREAU OF INVESTIGATION       :
ATLANTA, DR. MUSO, CLAYTON    :
COUNTY SHERIFF DEPARTMENT,    :
PHYSICIAN, METROPOLITAN       :
CORRECTION CENTER, YAQUWB      :
ABDULLAH MUHAMMAD a/k/a       :
YAQUWB JOHNSON a/k/a JAKE      :
YORK a/k/a JACOB YORK, HABIBA :
WASHINGTON a/k/a ABIGAIL a/k/a :
GAIL WASHINGTON, DR. RAKESH   :
KUMAR, PUTNAM COUNTY          :
SHERIFF'S DEAPRTMENT, NOEL L. :
WILSON, DR. IVAN NEGRONE, USP :
ATLANTA, PHYSICIAN ASSISTANT  :
RODRIGO AUGUST, USP ATLANTA,  :

NICOLE LOPEZ a/k/a ADAH LOPEZ,    :
NICOLE HARDEN a/k/a HUSNA a/k/a    :
NICKY HARDEN, ZAIYDA               :
LAROCHE, BRUCE LA ROCHE a/k/a      :
WALI MOHAMMAD, SAKINAH             :
PARHAM, KITURAH EDDINGTON,         :
ALICIA CHESTER a/k/a NEKAYBAW      :
CHESTER, SAKINA PARHAM,            :
BARBARA NOEL a/k/a SHAIRA, 10      :
JOHN AND JANE DOES                 :
                                   :
    Defendants                     :

## ANSWER AND RESPONSIVE PLEADINGS OF DEFENDANTS LINDA ARNOLD-WALKER AND VINCE WAITE

COME NOW LINDA ARNOLD-WALKER and VINCE WAITE, sued here improperly

as DR. ARNOLD and DR. WAITE, Defendants in the above styled civil action, and make and

file their Answer and Responsive Pleadings as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim against these Defendants upon which relief can be granted.

### SECOND DEFENSE

These Defendants did not act under color of state law.

### THIRD DEFENSE

These Defendants did not subject the Plaintiff to the deprivation of any rights,

privileges, or immunities secured by the Constitution and laws.

### FOURTH DEFENSE

These Defendants are entitled to qualified immunity for all claims alleged by Plaintiff.

### FIFTH DEFENSE

These Defendants had no knowledge of any serious medical need of the Plaintiff.

## SIXTH DEFENSE

These Defendants did not act with deliberate indifference to any serious medical need of the Plaintiff.

## SEVENTH DEFENSE

Plaintiff has filed his Complaint using a fictitious name created to perpetrate a fraud on this Court and his Complaint should be dismissed.

## EIGHTH DEFENSE

Plaintiff has filed, in lieu of a traditional Complaint, a form questionnaire. These Defendants will respond herein to the specifically numbered paragraphs of section "V. STATEMENT OF CLAIM" of the questionnaire. These Defendants specifically deny all other portions of the questionnaire and the failure to address each section specifically is in no way an admission of the information provided by Plaintiff in response to the questionnaire. These Defendants answer the specifically numbered paragraphs of section "V. STATEMENT OF CLAIM" as follows:

1.

These Defendants deny Paragraph 1 of Plaintiff's Complaint.

1.1

These Defendants admit Paragraph 1.1 of Plaintiff's Complaint.

1.2

These Defendants deny Paragraph 1.2 of Plaintiff's Complaint.

1.3

These Defendants deny Paragraph 1.3 of Plaintiff's Complaint.

2.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 2 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured or tormented the Plaintiff in any way, directly or indirectly.

2.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 2.1 of Plaintiff's Complaint.

3.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3 of Plaintiff's Complaint.  However, these Defendants specifically deny that they detained or tortured the Plaintiff, directly or indirectly.

3.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.1 of Plaintiff's Complaint.

3.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.2 of Plaintiff's Complaint.

3.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.3 of Plaintiff's Complaint.

3.4

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 3.4 of Plaintiff's Complaint.

### 3.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.5 of Plaintiff's Complaint.

### 3.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.6 of Plaintiff's Complaint.

### 3.7

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.7 of Plaintiff's Complaint.

### 3.8

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.8 of Plaintiff's Complaint.

### 3.9

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.9 of Plaintiff's Complaint.

### 3.10

These Defendants show that there is no Paragraph 3.10 in Plaintiff's Complaint. However, in an abundance of caution, these Defendants deny Paragraph 3.10 of Plaintiff's Complaint.

### 3.11

These Defendants show that there is no Paragraph 3.11 in Plaintiff's Complaint.

However, in an abundance of caution, these Defendants deny Paragraph 3.11 of Plaintiff's Complaint.

3.12

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.12 of Plaintiff's Complaint.

3.13

These Defendants deny Paragraph 3.13 of Plaintiff's Complaint.

3.14

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.14 of Plaintiff's Complaint.

3.15

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.15 of Plaintiff's Complaint.

3.16

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.16 of Plaintiff's Complaint.

3.17

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.17 of Plaintiff's Complaint.

3.18

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.18 of Plaintiff's Complaint.

3.19

These Defendants show that there is no Paragraph 3.19 in Plaintiff's Complaint. However, in an abundance of caution, these Defendants deny Paragraph 3.19 of Plaintiff's Complaint.

3.20

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.20 of Plaintiff's Complaint.

3.21

These Defendants show that there is no Paragraph 3.21 in Plaintiff's Complaint. However, in an abundance of caution, these Defendants deny Paragraph 3.21 of Plaintiff's Complaint.

3.22

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.22 of Plaintiff's Complaint.

3.23

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.23 of Plaintiff's Complaint.

3.24

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.24 of Plaintiff's Complaint.

3.25

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 3.25 of Plaintiff's Complaint.

3.26

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.26 of Plaintiff's Complaint.

3.27

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 3.27 of Plaintiff's Complaint.

4.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 4 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured or tormented the Plaintiff in any way, directly or indirectly.

4.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 4.1 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured or tormented the Plaintiff in any way, directly or indirectly.

4.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 4.2 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured or tormented the Plaintiff in any way, directly or indirectly.

4.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 4.3 of Plaintiff's Complaint. However, these Defendants specifically deny that

they tortured or tormented the Plaintiff in any way, directly or indirectly.

4.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 4.4 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured or tormented the Plaintiff in any way, directly or indirectly.

5.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5 of Plaintiff's Complaint.

5.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5.1 of Plaintiff's Complaint.

5.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5.2 of Plaintiff's Complaint.

5.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5.3 of Plaintiff's Complaint.

5.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5.4 of Plaintiff's Complaint.

5.5

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 5.5 of Plaintiff's Complaint.

5.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 5.6 of Plaintiff's Complaint.

6.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.1.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.1 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.1.2

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 6.1.1.2 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.1.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.3 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.1.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.4 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.1.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.5 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.1.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.6 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.1.7

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.7 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.1.8

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.8 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.1.9

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.9 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.1.10

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.10 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.1.11

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.11 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.1.12

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.1.12 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

## 6.1.2

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 6.1.2 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.2.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.2.1 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.2.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.2.2 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.2.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.2.3 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.2.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.2.4 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.3.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3.1 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.3.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3.2 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.3.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3.3 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.3.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3.4 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.3.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.3.5 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.4

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 6.1.4 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.5.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.1 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.5.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.2 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.5.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.3 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.1.5.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.4 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.5.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.5 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.5.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.6 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.5.7

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.7 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.5.8

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.8 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.5.9

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.1.5.9 of Plaintiff's Complaint.  However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

### 6.1.6

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 6.1.6 of Plaintiff's Complaint. However, these Defendants specifically deny that they tortured the Plaintiff in any way, directly or indirectly.

6.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.2.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.1 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.2.2

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.2 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate

indifference to any such serious medical need.

### 6.2.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.3 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

### 6.2.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.4 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

### 6.2.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.5 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.2.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.6 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.2.7

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.2.7 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.3

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.3 of Plaintiff's Complaint. However, these Defendants specifically deny that Plaintiff, while incarcerated in the Jones County jail, had any injury or condition which constituted a serious medical need and further deny that these Defendants were aware of any such serious medical need and further deny that these Defendants acted with deliberate indifference to any such serious medical need.

6.4

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.4 of Plaintiff's Complaint.

6.5

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.5 of Plaintiff's Complaint.

6.6

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.6 of Plaintiff's Complaint.

6.7

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.7 of Plaintiff's Complaint.

6.8

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.8 of Plaintiff's Complaint.

6.9

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.9 of Plaintiff's Complaint.

6.9.1

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.9.1 of Plaintiff's Complaint.

6.9.2

These Defendants are without sufficient knowledge or information to either admit or

deny Paragraph 6.9.2 of Plaintiff's Complaint.

6.10

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.10 of Plaintiff's Complaint.

6.11

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.11 of Plaintiff's Complaint.

6.12

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.12 of Plaintiff's Complaint.

6.13

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 6.13 of Plaintiff's Complaint.

7.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 7 of Plaintiff's Complaint.

8.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 8 of Plaintiff's Complaint.

9.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 9 of Plaintiff's Complaint.

10.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 10 of Plaintiff's Complaint.

11.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 11 of Plaintiff's Complaint.

12.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 12 of Plaintiff's Complaint.

13.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 13 of Plaintiff's Complaint.

14.

These Defendants are without sufficient knowledge or information to either admit or deny Paragraph 14 of Plaintiff's Complaint.

All other allegations in Plaintiff's Complaint, to the extent that they require an answer, are specifically denied.

WHEREFORE, these Defendants pray:

(a)     that the Plaintiff's Complaint be dismissed, with all costs and attorney's fees taxed against the Plaintiff;

(b)     that these Defendants have a trial by jury; and

(c)     that these Defendants have such other and further relief as may be equitable and

just.

This 23rd day of December, 2003.


FRANK H. CHILDS, JR.
State Bar No. 124450


WILLIAM H. NOLAND
State Bar No. 545605

GROOVER & CHILDS
P.O. Box 898
Macon, Georgia 31202
478-745-4712


ATTORNEYS FOR DEFENDANTS
LINDA ARNOLD-WALKER AND
VINCE WAITE

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing

Answer and Responsive Pleadings of Defendants Linda Arnold-Walker and Vince Waite upon

the Plaintiff by depositing said copy in the United States Mail with first-class postage affixed

thereto to:

> Chief Black Thunderbird "Eagle"
> Care of 155 Mansfield Court
> Athens Georgia Domestic Manual Mailing 122.32
> "Non Domestic"

This 23rd day of December, 2003.


*William H. Noland*
_____
WILLIAM H. NOLAND