IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHIEF BLACK THUNDERBIRD "EAGLE" 17911-054 | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 5:03-CV-0392-3 |
| DR. RAKESH KUMAR, et al., | : : | |
| Defendants. | : | |

## SPECIAL PLEA, APPEARANCE, ANSWER AND DEFENSES

COMES NOW Dr. Rakesh Kumar, one of the defendants in the above-styled action, and files this Special Plea, Appearance, Answer and Defenses in response to Plaintiff's Second Amended Complaint and shows the Court as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

This defendant raises the defenses of insufficiency of process and insufficiency of service of process. (This defendant has only received a copy of plaintiff's Second Amended Complaint and service of that document was not valid.)

### THIRD DEFENSE

This defendant raises the affirmative defenses of estoppel, laches, and waiver.

### FOURTH DEFENSE

This defendant shows plaintiff's complaint is or may be barred by the applicable statute of limitations.

### FIFTH DEFENSE

For further defense, this defendant denies any care and treatment rendered by him to plaintiff violated any of plaintiff's constitutionally protected rights.

## SIXTH DEFENSE

This defendant shows at any and all times during any treatment this defendant rendered to plaintiff he exercised that reasonable degree of care and skill exercised by other medical professionals in general acting under the same and similar circumstances.

## SEVENTH DEFENSE

For further defense, to the extent plaintiff's complaint seeks to recover damages as a result of the medical care and treatment allegedly provided by this defendant, this defendant shows plaintiff's complaint fails to comply with O.C.G.A. § 9-11-9.1, as no affidavit from a competent expert witness was attached to the complaint. Therefore, plaintiff's complaint should be dismissed.

## EIGHTH DEFENSE

For further defense, this defendant shows no act or omission by this defendant was the proximate cause of any injury to the plaintiff.

## NINTH DEFENSE

For further defense, this defendant shows plaintiff may have failed to exhaust all administrative remedies available to plaintiff and therefore, plaintiff's complaint is barred by 42 U.S.C. § 1997(e).

## TENTH DEFENSE

Plaintiff's complaint is frivolous, groundless and malicious and should be dismissed pursuant to 28 U.S.C. § 1915.

## ELEVENTH DEFENSE

To the extent plaintiff's complaint is in substance A suit against the State of Georgia and to the extent this defendant is an agent of the state, this defendant asserts the defense of sovereign immunity and shows plaintiff's claims are or may be barred under the doctrines of official, qualified, governmental, sovereign, and absolute immunity. Furthermore, to the extent, if any, plaintiff's claims fall within the Georgia Tort Claims Act, this defendant shows plaintiff has not fulfilled the requirements which are a prerequisite to filing suit and plaintiff's complaint should be dismissed.

## TWELFTH DEFENSE

Plaintiff's complaint fails to specifically plead special damages as required by Federal Rule of Civil Procedure 9(g).

## THIRTEENTH DEFENSE

This defendant shows plaintiff has failed to comply with Federal Rule of Civil Procedure 11 and has failed to sign the only document served upon this defendant, Plaintiff's Second Amended Complaint. As such, plaintiff's complaint should be dismissed.

## FOURTEENTH DEFENSE

Without waiving any defense at law or in equity, this defendant responds to the specific allegations in plaintiff's Questionnaire for Prisoner Proceeding Pro Se Under 42 U.S.C. § 1983 (Civil Action No. 5:03-CV-0392-3) by denying all of the allegations contained in said questionnaire to the extent there are any allegations against this defendant and to the extent any allegations contained in said questionnaire or any other documents filed by or on behalf of plaintiff allege any negligent acts or omissions or allege any acts or omissions which rise to the level of medical malpractice by this defendant.

**WHEREFORE**, having filed this Special Plea, Appearance, Answer and Defenses, this defendant, Dr. Rakesh Kumar, prays that they be inquired into and sustained by the Court and that he be discharged together with costs.

This 2nd day of January, 2004.

_____
JOHN C. EDWARDS
Georgia Bar No. 241200

_____
BLAIR K. CLEVELAND
Georgia Bar No. 169710

*Attorneys for Defendant Dr. Rakesh Kumar*

MARTIN SNOW, LLP
240 Third Street
P.O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1700

## CERTIFICATE OF SERVICE

GEORGIA, BIBB COUNTY

This is to certify that I have this day served the within and foregoing **SPECIAL PLEA, APPEARANCE, ANSWER AND DEFENSES** upon:

Chief Black Thunderbird "Eagle"
c/o Jones County Sheriff's Department
123 Holmes Hawkins Drive
Gray, Georgia 31032

Chief Black Thunderbird "Eagle" 17911-054
Care of: 155 Mansfield Court
Athens Georgia Domestic Manual Mailing 122.32
"Non Domestic"

*Plaintiff Pro Se*

Frank H. Childs, Jr.
William H. Noland
Groover & Childs
P.O. Box 898
Macon, Georgia 31202-0898

*Attorneys for Drs. Waite & Arnold*

Maxwell Wood
Richard Moultrie
Stephanie Thacker
P.O. Box 1702
Macon, Georgia 31202

Fred Bright
121 N. Wilkinson Street
Milledgeville, Georgia 31061

Dawn Baskin
Stephan Bradley
824 Oak Street, Suite 2
Eatonton, Georgia 31204

William H. Larsen
P.O. Box 1606
Macon, Georgia 31202-1606

*Attorney for Sheriff Sills*

U.S. Marshals Service
Jane or John Does
100 N. Franklin Street
Dublin, Georgia 31021

Jalane Ward
201 Second Street
Macon, Georgia 31201-2738

Joan Cronier
2635 Century Parkway, N.E. Suite 400
Atlanta, Georgia 30345-3112

Dr. Muso
9151 Tara Boulevard
Jonesboro, Georgia 30236

Sakinah Parham
3369 Jones Road
Ellenwood, Georgia 30294

Noel L. Wilson
Address Unknown
Phone Unknown

Tracey Brown
111 Ridley Drive
Eatonton, Georgia 31024

Physician
Metropolitan Correction Center
150 Park Row
New York, New York 10007

Yaquwb Abdullah Muhammad
aka Yaquwb Johnson
aka Jake York
aka Jacob York
5179 Meadowbrook Chase
Stone Mountain, Georgia 30088

Habiba Washington
aka Aibgail aka Gail Washington
3170 Newkirk Avenue
Brooklyn, New York 11224

Nicole Lopez
aka Adah Lopez
1265 Autumn Hill Lane
Stone Mountain, Georgia 30096

| | |
|---|---|
| Zaiyda LaRoche<br>2360 West Broad Street, Apt N-7<br>Athens, Georgia 30606 | Nicole Harden<br>Husna aka Nicky Harden<br>1650 Harvard Street, Apt 317<br>Washington, DC 20009 |
| Bruce LaRoche aka Wali Mohammad<br>2092 Victoria Place<br>Lithonia, Georgia 30058 | Alicia Chester aka Nekaybaw Chester<br>1539 Sir Knight Way<br>Lawrenceville, Georgia 30045 |
| Kiturah Eddington<br>2360 West Broad Street, Apt N-7<br>Athens, Georgia 30606 | Barbara Noel aka Shaira<br>133-27 231st Street<br>Laurelton, New York 11413-2121 |
| Dr. Ivan Negrone<br>USP Atlanta<br>601 McDonough Blvd., SE<br>Atlanta, Georgia 30315 | Barbara Noel aka Shaira<br>3448 Great Meadows Court<br>Lithonia, Georgia 30038 |
| Physican Assistant Rodrigo August<br>USP Atlanta<br>601 McDonough Blvd., SE<br>Atlanta, Georgia 30315 | |

by depositing the same in the United States mail, properly addressed with sufficient postage thereon to ensure delivery.

This 2nd day of January, 2004.

BLAIR K. CLEVELAND
State Bar No. 169710
*Attorney for Defendant Rakesh Kumar, M.D.*

MARTIN SNOW, LLP
240 Third Street
P.O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1700

I:\Pc64\M0006\07262\ANSWER.wpd