IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHIEF BLACK THUNDERBIRD "EAGLE"
17911-054

    Plaintiff

v.

SHERIFF HOWARD RICHARD SILLS, ET AL.,

    Defendants

: CIVIL ACTION NO. 5:03-CV-0392-3

## SPECIAL APPEARANCE AND ANSWER OF PUTATIVE DEFENDANTS SHERIFF HOWARD RICHARD SILLS, PUTNAM COUNTY SHERIFF'S DEPARTMENT, TRACEY BOWEN, AND NOEL L. WILSON

COME NOW Howard Richard Sills, the Putnam County Sheriff's Department, Tracey Bowen, and Noel L. Wilson, named defendants in the above-styled case, and specially appear for the purpose of answering the plaintiff's complaint, as amended, by respectfully demonstrating to this Court the following:

### FIRST DEFENSE

The plaintiff's second amended complaint fails to state a claim against these defendants upon which relief can be granted.

### SECOND DEFENSE

These defendants raise the defenses of lack of jurisdiction over their persons, insufficiency of process, and insufficiency of service of process.

### THIRD DEFENSE

The plaintiff's second amended complaint fails because of his failure to exhaust his administrative remedies, as required by the Prison Litigation Reform Act.



FOURTH DEFENSE

These defendants are entitled to sovereign immunity, Eleventh Amendment immunity, and qualified immunity for any and all claims made by plaintiff under federal law, as applicable.

FIFTH DEFENSE

These defendants are entitled to official immunity and/or sovereign immunity for any claim plaintiff asserts against them under Georgia law, as applicable.

SIXTH DEFENSE

These defendants have violated no constitutional rights of the plaintiff.

SEVENTH DEFENSE

These defendants have not been deliberately indifferent to any of the plaintiff's rights – constitutional or otherwise – privileges, or needs.

EIGHTH DEFENSE

These defendants show that no act or omission on their part was the proximate cause of any injury to the plaintiff.

NINTH DEFENSE

For further defense, these defendants show that the plaintiff's second amended complaint is frivolous, groundless, and malicious and should be dismissed pursuant to 28 U.S.C. § 1915(A).

TENTH DEFENSE

The plaintiff's second amended complaint fails to plead special damages specifically as required by Federal Rule of Civil Procedure 9(g) and ought therefore to be dismissed.

ELEVENTH DEFENSE

Upon information and belief, these defendants show plaintiff has failed to comply with Federal Rule of Civil Procedure 11 and has failed to sign himself the pleadings filed with the

Court comprising his second amended complaint. As such, the instant suit should be dismissed.

## TWELFTH DEFENSE

Without waiving any defense at law or in equity, these defendants respond to the specific allegations in plaintiff's second amended Questionnaire for Prisoners Proceeding Pro Se Under 42 U.S.C. § 1983 (Civil Action No. 5:03-CV-0392-3) by denying all of the allegations contained in said questionnaire to the extent there are any allegations against these defendants and, moreover, specifically by denying any allegations contained in said questionnaire or any other documents filed by or on behalf of plaintiff alleging any acts or omissions on the parts of these defendants which rise to the level of negligence, deprivation of constitutional rights, deprivation of any other privilege or right owed the plaintiff under law, or any other cognizable legal claim. These defendants are without knowledge or information sufficient to form a belief as to the truth of any other allegations contained within the plaintiff's questionnaire or any other documents filed by or on behalf of plaintiff in the instant case.

WHEREFORE, having filed this Special Appearance and Answer, these defendants pray that they be discharged from this complaint with all costs taxed by the Clerk of this Court to the plaintiff.

This 5th day of January, 2004.

OF COUNSEL:
MARTIN SNOW, LLP
240 Third Street
P. O. Box 1606
Macon, Georgia  31202-1606

WILLIAM H. LARSEN
State Bar No. 438481

THOMAS PETER ALLEN III
State Bar No. 011995
Attorneys for Putative Defendants Sheriff Howard Richard Sills, Putnam County Sheriff's Department, Tracey Bowen, and Noel L. Wilson

3

## CERTIFICATE OF SERVICE

GEORGIA, BIBB COUNTY

This is to certify that I have this day served the within and foregoing SPECIAL APPEARANCE AND ANSWER OF PUTATIVE DEFENDANTS SHERIFF HOWARD RICHARD SILLS, PUTNAM COUNTY SHERIFF'S DEPARTMENT, TRACEY BOWEN, AND NOEL L. WILSON upon:

Chief Black Thunderbird "Eagle"
c/o Jones County Sheriff's Department
123 Holmes Hawkins Drive
Gray, Georgia 31032

Chief Black Thunderbird "Eagle" 17911-054
Care of: 155 Mansfield Court
Athens Georgia Domestic Manual Mailing 122.32
"Non Domestic"

*Plaintiff Pro Se*

Frank H. Childs, Jr.
William H. Noland
Groover & Childs
P.O. Box 898
Macon, Georgia 31202-0898

*Attorneys for Drs. Waite & Arnold*

Maxwell Wood
Richard Moultrie
Stephanie Thacker
P.O. Box 1702
Macon, Georgia 31202

Fred Bright
121 N. Wilkinson Street
Milledgeville, Georgia 31061

Dawn Baskin
Stephan Bradley
824 Oak Street, Suite 2
Eatonton, Georgia 31204

U.S. Marshals Service
Jane or John Does
100 N. Franklin Street
Dublin, Georgia 31021

Jalane Ward
201 Second Street
Macon, Georgia 31201-2738

Joan Cronier
2635 Century Parkway, N.E. Suite 400
Atlanta, Georgia 30345-3112

Dr. Muso
9151 Tara Boulevard
Jonesboro, Georgia 30236

Sakinah Parham
3369 Jones Road
Ellenwood, Georgia 30294

Physician
Metropolitan Correction Center
150 Park Row
New York, New York 10007

Yaquwb Abdullah Muhammad
aka Yaquwb Johnson
aka Jake York
aka Jacob York
5179 Meadowbrook Chase
Stone Mountain, Georgia 30088

| | |
|---|---|
| Habiba Washington<br>aka Aibgail aka Gail Washington<br>3170 Newkirk Avenue<br>Brooklyn, New York 11224 | Nicole Harden<br>Husna aka Nicky Harden<br>1650 Harvard Street, Apt 317<br>Washington, DC 20009 |
| Nicole Lopez<br>aka Adah Lopez<br>1265 Autumn Hill Lane<br>Stone Mountain, Georgia 30096 | Alicia Chester aka Nekaybaw Chester<br>1539 Sir Knight Way<br>Lawrenceville, Georgia 30045 |
| Zaiyda LaRoche<br>2360 West Broad Street, Apt N-7<br>Athens, Georgia 30606 | Barbara Noel aka Shaira<br>133-27 231st Street<br>Laurelton, New York 11413-2121 |
| Bruce LaRoche aka Wali Mohammad<br>2092 Victoria Place<br>Lithonia, Georgia 30058 | Barbara Noel aka Shaira<br>3448 Great Meadows Court<br>Lithonia, Georgia 30038 |
| Kiturah Eddington<br>2360 West Broad Street, Apt N-7<br>Athens, Georgia 30606 | John C. Edwards<br>Blair K. Cleveland<br>240 Third Street<br>P.O. Box 1606<br>Macon, Georgia 31202-1606<br>Attorneys for Defendant<br>Rakesh Kumar, M.D. |
| Dr. Ivan Negrone<br>USP Atlanta<br>601 McDonough Blvd., SE<br>Atlanta, Georgia 30315 | |
| Physican Assistant Rodrigo August<br>USP Atlanta<br>601 McDonough Blvd., SE<br>Atlanta, Georgia 30315 | |

by depositing the same in the United States mail, properly addressed with sufficient postage thereon to ensure delivery.

This 5th day of January, 2004.

/s/ William H. Larsen

WILLIAM H. LARSEN
Georgia Bar No. 438481
Attorney for Putative Defendants Sheriff Howard Richard Sills, Putnam County Sheriff's Department, Tracey Bowen, and Noel L. Wilson

OF COUNSEL:
MARTIN SNOW, LLP
240 Third Street
P. O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1738