**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| CHIEF BLACK THUNDERBIRD EAGLE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 5:03-CV-0392-3 |
| v. | * | |
| | * | |
| UNITED STATES DISTRICT ATTORNEY MAXWELL WOOD, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION TO DISMISS

COME NOW District Attorney Fred Bright and Assistant District Attorneys Dawn Baskin and Stephen Bradley, by and through the Attorney General of the State of Georgia, who move this Court to dismiss this matter against them for the reasons set forth in the attached brief.

Respectfully submitted,

THURBERT E. BAKER          033887
Attorney General

KATHLEEN M. PACIOUS        558555
Deputy Attorney General

JOHN C. JONES              401250
Senior Assistant Attorney General

Please Address All
Communications To:
JOHN C. JONES
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
PH:   (404) 463-8850
FAX:  (404) 651-5304