IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHIEF BLACK THUNDERBIRD
"EAGLE" a/k/a DWIGHT D. YORK,

    Plaintiff

VS.

DAWN BASKIN, Ass't District Atty,
et al.,

    Defendants

CIVIL ACTION NO. 5:03-CV-392-3(DF)

PROCEEDINGS UNDER 42 U.S.C. § 1983
BEFORE THE U.S. MAGISTRATE JUDGE

**O R D E R**

Plaintiff **CHIEF BLACK THUNDERBIRD "EAGLE" a/k/a DWIGHT D. YORK** filed the instant complaint on or about November 25, 2003, and paid the $150.00 filing fee. The complaint was unsigned and undated. By order dated December 15, 2003, this Court ordered that the Clerk return the original complaint form to plaintiff, and the plaintiff execute and return it. A review of the docket sheet and file shows that plaintiff has failed to comply with the Court's order.

Therefore, plaintiff is hereby **ORDERED** to show good cause in writing, no later than March 12, 2004, as to why the complaint should not be dismissed because of plaintiff's failure to comply with the Court's order and failure to prosecute the case. Plaintiff's failure to respond to this order shall result in the dismissal of this action.

SO ORDERED, this 17th day of February, 2004.

ENTERED ON DOCKET
2-20, 2004
Gregory J. Leonard, Clerk
Deputy Clerk

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

