IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISON

FILED
U.S. DISTRICT COURT
GEORGIA

04 MAR 12 PM 1:51

DEPUTY CLERK

CHIEF BLACK THUNDERBIRD :
"EAGLE" a/k/a DWIGHT D. YORK :
                Plaintiff, : CIVIL ACTION NO:
                             : 5:03-CV-392-3(DF)
VS. :
                             :
DAWN BASKIN, Asst. District Atty, at al., :
                Defendants :

---

Proceedings Under 42 U.S.C. 1983,

Before The U.S. MAGISTRATE JUDGE RICHARD L. HODGE

PLAINTIFF CHIEF BLACK THUNDERBIRD "EAGLE" a/k/a Malachi York, RESPONSE TO AN ORDER OF THE ABOVE CAPTION COURT, TO SHOW GOOD CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED.

I, CHIEF BLACK THUNDERBIRD "EAGLE" a/k/a Malachi York, herein (undersign) am the plaintiff in the above-entitled action, and respectfully show the following "GOOD CAUSE" before said Court, and respectfully moves this court to issue an order IN SUPPORT OF THE PLAINTIFF'S 14TH AMENDMENT PRIVILEGES under the: "DUE PROCESS AND EQUAL PROTECTION" clause, and 1st AMENDMENT PRIVILIGES under the: "PETITION FOR A REDRESS OF GRIEVANCES" clause of the United States Constitution, and pursuant to U.S.C. Title 25 sec 1302 (1) (8) of the Constitutional Rights of Indians, for and order to proceeded and move forward in the above caption case for the filing of the above captioned complaint by the undersigned.

In support of this show of "GOOD CAUSE", the undersigned allege the following reason(s) for not responding and signing the instant complaint in question as per COURT ORDER:

1. The undersigned Plaintiff who was a detainee at the filing of the instant complaint alleges that as a result of torturous and uncaring treatment in a federal prison facility, the undersigned Plaintiff appearing PRO-SE in this matter was under great "DISTRESS AND DURESS" during the filing of the instant original and amended complaints, omitted the signature and dates as a result of the above condition(s).



2. In addition, the undersigned appearing PRO-SE and without legal counsel was unaware that a "signature" according to Black's Law Dictionary 7th ed.: *"Any name mark or writing used with the intention of authenticating a document"*, and the undersigned was unaware of federal and local court rules and procedure at the time of the filing of this complaint.

3. The undersigned affirms that the absence of signature and dates on said complaints was harmless error on the part of the undersigned and respectfully request this court to allow the undersigned to proceed in this matter.

Dated: March 11, 2004

Sincerely

CHIEF BLACK THUNDERBIRD "EAGLE"
aka Malachi York