IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHIEF BLACK THUNDERBIRD "EAGLE" ) <br> 17911-054 ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 5-03-CV-0392-3 <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR MUSSO, et al. ) <br> ) <br> Defendants ) | |

## RESPONSE TO DEFENDANT CARLO MUSSO, MD's MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO STATE A CLAIM AND FOR FAILURE TO PERFECT SERVICE

COMES NOW, Chief Black Thunderbird "Eagle" the above-named Plaintiff herein, files this response to Defendant Carlo Musso's Motion to Dismiss for Lack of subject matter jurisdiction, failure to state a claim and for failure to perfect service. This complaint falls under the subject matter jurisdiction of the court as it pertains to violations of the United States Code and the United States Constitution as perpetrated by the Defendant and others named in the complaint.

**PLAINTIFF'S COMPLAINT DOES HAVE SUBJECT MATTER JURISDICTION AND PERSONAL JURISDICTION**

Dr. Musso's deliberate indifference in his medical treatment of the Plaintiff constitutes a violation of 42 USC 1983 as well as the Eighth and Fourteenth Amendments. Violations of United States Code and of the United States Constitution are within the Subject-Matter jurisdiction of the Court. The Eighth Amendment states "Excessive bail shall not be required, nor excessive fines imposed, or cruel and unusual punishments inflicted". "Cruel and unusual punishment" includes medical neglect of a prisoner and thus stands in violation of this Amendment (Estelle v. Gamble 429 U.S. 97, Rhodes v. Chapman 452 U.S. 337, 345 (quoting Hutto v. Finney, 437 U.S. 678, 685 1978).

Defendant is an entity of the Federal Bureau of Prisons, which is under the jurisdiction of the Federal District court, thus the Court has personal jurisdiction over defendant. The constitutional protection of prisoners in the jurisdiction of the United States District Court. Cruz v. Beto 405 U.S. 319, 321 (1972) states, "[f]ederal courts sit not to supervise prisons but to enforce the constitutional rights of all 'persons' which include prisoners…But persons in prison, like other individuals, have the right to petition the Government for redress of grievances."  At the time that Chief Black Thunderbird Eagle was in Clayton County custody, he was a pretrial detainee and thus his challenge to the incidents and practices engaged in by Dr. Musso falls under the due process clause of the 14th amendment. (Lee v. Washington 390 U.S. 333 He has a right to present his complaint in court and petition for redress of his grievances (Ex parte Hull 312 U.S. 546, Lewis v. Casey 116 S. Ct. 2174) as well as the right to bring this action in federal court to recover for damages due to wrong doing by prison administrators (Haines v. Kerner 404 U.S. 519 (1972); Preiser v. Rodriguez, 411 U.S. 475 (1973)).

## SERVICE OF PLAINTIFF'S COMPLAINT WAS PERFECTED

Defendant Musso received his service by hand on December 15, 2003 A.D. This is in accordance with Federal Rules of Criminal Procedure Rule 5 (b) (2) which states "(2) Service under Rule 5(a) is made by: (A) Delivering a copy to the person served by: (i) handing it to the person;" Plaintiff first refers to Dr. Musso in his Second Amended Complaint. Defendant filed a response to that amendment, "Answer of Dr. Musso to Plaintiff's Second Amended Complaint" dated January 8, 2004 A.D. He also filed "Answer of Dr. Musso to Plaintiff's Third Amended Complaint" dated January 8, 2004 A.D., "Answer of Dr. Musso to Plaintiff's Fourth Amendment to Complaint" dated January 8, 2004 A.D. "Defendant Dr. Musso's motion to strike and memorandum of law in support thereof". This is indicative that Dr. Musso did receive The Second Amended Complaint (in which he is first referenced), Third Amended Complaint, and Fourth Amended Complaint.

WHEREFORE, for the foregoing reasons, Plaintiff Chief Black Thunderbird "Eagle" respectfully requests that the Court DENY Defendant Musso's Motion to Dismiss.

Respectfully submitted this 10th day of May, 2004 A.D.

Chief Black Thunderbird "Eagle";
*pro se*