IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHIEF BLACK THUNDERBIRD "EAGLE"<br>17911-054<br><br>Plaintiff,<br><br>v.<br><br>DR MUSSO, et al.<br><br>Defendants | CIVIL ACTION NO.<br>5-03-CV-0392-3 |

PLAINTIFF'S FIFTH AMENDMENT TO COMPLAINT

Comes now Plaintiff's amended complaint to show…

6.1.2 Clayton County Sheriff Department October 25, 2002 – December 13, 2002

    6.1.2.1 Medical attention was ignored.

    6.1.2.2 Put in double solitary, in which they refer to as the Medical Ward.

    6.1.2.3 Was denied access to fresh air.

    6.1.2.3 Held in a room in excessive heat (over 95 Degrees)

    6.1.2.4 Was neglected by medical personnel and not checked on.

    6.1.2.5 Dr. Carlo Musso, Medical Director of Clayton County Sheriff Department refused to administer medicine necessary for the treatment of Hereditary Angio-Neurotic Edema which could have resulted in the Plaintiff's death. Dr. William Thompson, herein "private doctor" of Maku "Chief": Black Thunderbird "Eagle", visited and met with Dr. Musso, the medical director of the Clayton County Prison in Clayton, Georgia. The private doctor of Maku "Chief" Black

Thunderbird "Eagle" explained to Dr. Musso the medical condition of Maku "Chief": Black Thunderbird "Eagle". It was also explained to Dr. Musso that the medication needed to keep the acute attacks of Hereditary Angio-Neurotic Edema to a minimum, was not being given to him at this prison. Dr. Musso expressed doubt that the medication was necessary and decided that he would withhold the appropriate treatment.

6.1.2.6 Deliberate indifference to the medical needs of Plaintiff by Dr. Carlo Musso. About one week after his initial visit with Dr. Musso, the private doctor of Maku "Chief": Black Thunderbird "Eagle" was informed by the family of Maku "Chief": Black Thunderbird "Eagle" that another acute attack of the Hereditary AngioNeurotic edema was in progress and that Maku "Chief": Black Thunderbird "Eagle" was having difficulty breathing due to a compromised airway (he was choking to death). The private doctor of Maku "Chief": Black Thunderbird "Eagle" went to the prison that morning and insisted on seeing Maku "Chief": Black Thunderbird "Eagle". At this time it became apparent that the Plaintiff was undergoing an attack. After this visit, the private doctor of Maku "Chief": Black Thunderbird "Eagle" made numerous attempts to contact Dr. Musso, Medical Director of the Clayton County Sheriff's department and was unsuccessful. These attempts at contacting Dr. Musso included a letter from the private doctor of Maku "Chief": Black Thunderbird "Eagle", Dr. William Thompson M.D. and a letter from the Composite State Board of Medical Examiners for the state of Georgia, U.S.A. (Exhibit A)

6.1.2.7  Treatment of Maku "Chief" Black Thunderbird "Eagle" became even more torturous, due to the attempts of his private physician, Dr. William Thompson, M.D. to communicate with Dr. Musso.  He was placed in a heated cell at a temperature near 100 degrees Fahrenheit around the clock with 24 hour bright lights, and he was told by Dr. Musso that he would be placed under these conditions for "a long, long time, since there seem to be so many complaints about the way you are being cared for".

6.1.2.8 Withholding of medicine by Dr. Carlo Musso from Maku "Chief": Black Thunderbird "Eagle" as he explained in a letter to his private doctor, William Thompson, M.D.  The withholding of Chief Black Thunderbird "Eagle" medicine could have resulted in his death.

These actions violate **Standard Minimum Rule Section Medical Services (25-26)** *"25. (1) The medical officer shall have the care of the physical and mental health of the prisoners and should daily see all sick prisoners, all who complain of illness, and any prisoner to whom his attention is specially directed. 26. (1) The medical officer shall regularly inspect and advise the director upon:"*

*(a) The quantity, quality, preparation and service of food;*

*(b) The hygiene and cleanliness of the institution and the prisoners;*

*(c) The sanitation, heating, lighting and ventilation of the institution;*

*(d) The suitability and cleanliness of the prisoner's clothing and bedding;*

These actions also violated Maku "Chief" Black Thunderbird "Eagle"'s Eighth Amendment rights as a prisoner and his 14th amendment rights as a pre-trial detainee.

This 10th day of May 2004

*[signature: Chief Black Thunderbird Eagle]*
Chief Black Thunderbird "Eagle";
*pro se*