# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

Filed at 11:30 A.M.
DATE 8-26-04
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**CHIEF BLACK THUNDERBIRD "EAGLE", aka DWIGHT D. YORK,**
**Plaintiff**

vs.                              :  5:03-CV-392-3 (WDO)

**DAWN BASKIN, Assistant District Attorney, et al.,**
**Defendants**


**ZENITRA CROSS,**
**Plaintiff**

vs.                              :  5:04-CV-270-4 (WDO)

**HOWARD SILLS,**
**Defendant**


**DIAHANN STEVENS**
**Plaintiff**

vs.                              :  5:04-CV-201-3 (WDO)

**HOWARD R. SILLS,**
**Defendant**



| | |
|---|---|
| LAVONNE PINDER,<br>Plaintiff | :<br>:<br>: |
| vs. | : 5:04-CV-200-4 (WDO) |
| HOWARD RICHARD SILLS,<br>Defendant | :<br>:<br>: |
| | |
| MONA JACKSON, et al.,<br>Plaintiffs | :<br>:<br>: |
| vs. | : 5:04-CV-199-2 (WDO) |
| HOWARD RICHARD SILLS,<br>Defendant | :<br>:<br>: |
| | |
| SHIRLEY GRANT-EVANS,<br>Plaintiff | :<br>:<br>: |
| vs. | : 5:04-CV-206-4 (WDO)\ |
| HOWARD RICHARD SILLS,<br>Defendant | :<br>:<br>: |
| | |
| ELVIRA WEEKES,<br>Plaintiff | :<br>:<br>: |
| vs. | : 5:04-CV-205-2 (WDO) |
| HOWARD RICHARD SILLS,<br>Defendant | :<br>:<br>: |

| | | |
|---|---|---|
| **DARYE LAMPKIN,**<br>Plaintiff | : | |
| vs. | : | 5:04-CV-204-1 (WDO) |
| **HOWARD RICHARD SILLS,**<br>Sheriff of Putnam County,<br>Defendant | : | |
| **ISAAM WILLIAMS,**<br>Plaintiff | : | |
| vs. | : | 5:04-CV-257-3 (WDO) |
| **JOAN CRONIER, et al.,**<br>Defendants | : | |
| **DARYE LAMPKIN,**<br>Plaintiff | : | |
| vs. | : | 5:04-cv-271-3 (WDO) |
| **TRACY BOWEN,**<br>Defendant | : | |
| **ROSALYN ELLIS,**<br>Plaintiff | : | |
| vs. | : | 5:04-CV-268-1 (WDO) |
| **TRACY BOWEN,**<br>Defendant | : | |

3

| | |
|---|---|
| **ZENITRA CROSS,**<br>**Plaintiff** | :<br>:<br>: |
| vs. | :    **5:04-cv-272-1 (WDO)** |
| **TRACY BOWEN,**<br>**Defendant** | :<br>:<br>: |

## CONSOLIDATION ORDER

The above cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The **LEAD** case shall be <u>Chief Black Thunderbird "Eagle", aka Dwight D. York v. Dawn Baskin, Assistant District Attorney, et al.</u>, 5:03-CV-392-3 (WDO).

**SO ORDERED**, this 26th day of August, 2004.

*/s/ Wilbur D. Owens, Jr.*
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
8-26, 2004
Gregory J. Leonard, Clerk
Deputy Clerk

4