227 Rockspring Homes
Athens, Georgia 30606

United States District Court       September 7, 2004
Office of the Clerk
Middle District of Georgia
475 Mulberry Street
P.O. Box 128
Macon, Georgia 31202-0218

5:03-CV-0   2-8

"To The Most Honorable Wilbur D. Owens":

<u>Re</u>: DIAHANN STEVENS V. HOWARD RICHARD SILLS
CIVIL CASE No. 5:04-CV-201-3(WDO)

Your Honor, as a Pro-Se, I;
With <u>All</u> <u>due</u> <u>Respect</u> to Your
Honorable Office and Court; I,
{ Diahann C. Stevens
  227 Rocksprings Homes
  Athens, Georgia 30606
  1(706) 351-1671 }

would like to withdraw, <u>drop</u>
my pleading concerning this
case.
With all due to Respect to
all Georgia Federal Official
my heart, due to prayer,
and my lowly knowledge

go to 2 - please

(44)

of how this pleading, before Your Honorable Federal Institution and all Federal Officials would be affected and my mistakes in not being knowledgeable of the Federal Laws, I do hereby, withdraw.

Also, Your Honor, with all due respect in my zeal for my Love of self and all concerned, I've prayed, and consuled and seeing Sheriff Sills letter asking to prayerfully this case be discharged and withdrawn, I do hereby drop my pleading before this Honored Federal Court System.
I do not want to hurt or disrespect any and all parties concerned. With Respect for all peoples and Institutions, Thank you. Gods Diahann Stevens
Sept, 7, 2004