IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF GEORGIA
MACON DIVISION



Chief Black Thunderbird "Eagle"

      Plantiff

                                        CASE NO. 5:03-CV-0392-3

Vs.

Dawn Baskin, et al.

      Defendants


MOTION TO INTERVENE AND REQUEST THAT TIME BE ALLOWED FOR PLANTIFF CHIEF BLACK THUNDERBIRD "EAGLE", WHO IS HELD AT A FEDERAL PENITENTIARY, BE MADE AWARE OF THE STATUS OF HIS CASE AND CONSOLIDATED BRIEF

1.

Dr. William S. Thompson, M.D. ("Intervenor"), through his capacity as private physician of Chief Black Thunderbird "Eagle", makes this Motion to Intervene pursuant to Federal Rules of Civil Procedure Rule 24 to allow adequate time for Plantiff to be made aware of the status of the matter in question (the last Order of the court requesting that Plantiff file a recast of his original claim). Plantiff Chief Black Thunderbird "Eagle", is beingheld at a United States Federal Penitentiary. At the time of the Order by the Court to recast his initial complaint, August 10, 2004, Chief Black Thunderbird "Eagle" was held at the Sheriff's Department of Jones County, Gray, Georgia. Plantiff was swiftly removed from the facility in Gray on August 16 or 17, 2004, prior to receiving any communication concerning the new Order by the Court to recast his complaint, which complaint included charges against Drs. Linda Arnold and Vincent Waite of the Jones County Sheriff's Department in Gray, Georgia. Plantiff was housed at the Atlanta Federal Penitentiary for a brief period after being removed from the Gray, Georgia facility, but transferred from the Atlanta facility prior to receiving notification of the Court's Order to recast his complaint. On August 18, 2004, Plantiff's private physician, Dr. William S. Thompson, M.D., was informed that Plantiff was again transferred to another Federal Prison, Federal Transfer Center, Oklahoma City, Oklahoma. On August 19, 2004, Plantiff spoke with his

private physician, Dr. William S. Thompson, M.D. concerning his medical condition and the fact that his medications were not being dispensed properly at the new facility. During this conversation, which was the last communication this physician has had with Plantiff, Plantiff gave no indication that he had been notified about the Court's Order to recast his complaint. On August 21, 2004, Plantiff's private physician was made aware of the recast order and the fact that Plantiff had not responded to the Order.

2.

Plantiff's private physician has an interest in this case because of the numerous physicians involved in the case who were shown to be responsible for much of the ongoing torture and abuse that Chief Black Thunderbird "Eagle" is being subjected to. The private physician of Chief Black Thunderbird "Eagle" has already been reprimanded by the Composite State Board of Medical Examiners of the State of Georgia for a charge of "patient abandonment" and this physician feels strongly that the medical care received by Chief Black Thunderbird "Eagle" reflects strongly on the private physician's ability to keep abreast of and provide assistance when possible in the care of his patient. It is further clear that failure on the part of the private physician to do so could very well result in the loss of his license to practice medicine. This physician has to date observed at least three incidents involving the care of Chief Black Thunderbird "Eagle" which nearly caused his death while in the care of physicians assigned to the different facilities. One such incident occurred on December 26, 2004 while Plantiff was in the care of Drs. Vincent Waite and Linda Arnold. On this date Dr. Waite and Dr. Arnold were on Christmas vacation while Plantiff suffered an acute attack of Hereditary Angioedema, a life threatening illness which is fatal in nearly 40 percent of cases. Plantiff's private physician was made aware of the attack that morning and was unable to contact Drs. Arnold, Waite, or their designated on-call physician. Plantiff's private physician visited the facility personally on that morning and was denied access to examine Plantiff by the Sheriff's Deputies on duty that morning. Plantiff was choking and coughing-up blood.

3.

Since August 21, 2004, numerous attempts have been made by Plantiff's private physician through "Presumption of Innocence Legal Defense Foundation" to contact and inform Plantiff about the Court's Order, all without success. On August 26, 2004, Presumption of Innocence Legal Defense Foundation contacted Ms. Christian Freeman in the office of His Honor Judge Fitzpatrick requesting that more time be allowed to locate and inform Plantiff of the Order. Fourteen more days were allowed beyond the August 30, 2004 deadline. At that time Plantiff was moved from the general population of the Oklahoma facility to a "special lockdown" location at that same facility. Attempts to mail the recast order to this facility resulted in the mail being returned because of an error in name recognition at the facility. By the time this was cleared-up and the mail sent again to Plantiff, September 5 or 6, 2004, Plantiff had been removed to the Federal Penitentiary in Leavenworth, Kansas, on or about September 6 or 7, 2004. The mail has not been returned as of today, September 13, 2004 and neither Presumption of Innocence

Legal Defense Foundation nor Plantiff's private physician have received communication from Plantiff concerning this matter or any other issues.

    WHEREFORE, Intervenor prays that the Court:

1) grant Motion to Intervene;

2) issue an Order allowing Plantiff time to be notified of the Court's Order to recast, given Plantiff's present situation.

3) issue an Order giving Intervenor access to Plantiff in a manner that the Court sees as proper.

4) with-hold any action to Dismiss due to non-response to Order to Recast until which time notification of such Order to Plantiff has been confirmed by this Court.

This 13th day of September, 2004.

                                      Respectfully Submitted,

                                      */s/ William S. Thompson*
                                      William S. Thompson, M.D.
                                      Intervenor

P.O. Box 637
Monticello, Georgia  31064

CERTIFICATE OF SERVICE

    The undersigned certifies that on the date listed below that a copy of the foregoing "Motion to Intervene and Request That Time Be Allowed For Plantiff Chief Black Thunderbird "Eagle", Who Is Being Held At A Federal Penitentiary, Be Made Aware Of The Status Of His Court Case And Consolidated Brief" was placed in the United States Mail, with adequate postage prepaid and addressed to:

United States District Attorney
Maxwell Wood
Assistant United States District Attorneys
Richard Moultrie
Stephanie Thacker
P.O. Box 1702
Macon, Georgia   31202
478-752-3511
478-752-8155 (fax)

District Attorney Fred Bright
121 N. Wilkinson Street
Milledgeville, Georgia   31061
478-445-5261
478-445-5041

Attorney Dawn Baskin
Attorney Stephan Bradley
824 Oak Street, Suite 2
Eatonton, Georgia   31024

Putnam County Sheriff's Department
Special Prosecutor Sheriff Howard Richard Sills
111 Ridley Drive
Eatonton, Georgia   31024
706-485-2680

Tracey Bowen
Detective
111 Ridley Drive
Eatonton, Georgia
31024

U.S. Marshals Service
Jane and John Does (1-50)
100 N. Franklin Street
Dublin, Georgia   31201
478-745-1271

Federal Bureau of Investigation
First Liberty Bank Building
Special Agent: Julaine Ward
201 Second Street
Macon, Georgia   31201

Putnam County Sheriff's Department
Dr. Rakesh Kumar, M.D.
111 Ridley Drive
Eatonton, Georgia   31024
706-485-2680

Jones County Law Enforcement Center
Detention Center
Dr. Vincent Waite, M.D.
Dr. Linda Arnold, M.D.
123 Holmes Hawkins Drive
Gray, Georgia   31032
478-986-4992

This 13th day of September, 2004.

_William S. Thompson, M.D._
William S. Thompson, M.D.

P.O. Box 637
Monticello, Georgia
31064