IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MIRIAM CANTY, | : | |
| Plaintiff | : | |
| v. | : | 5:04-CV-279-1 (WDO) |
| JOAN CRONIER, et al, | : | |
| Defendants | : | |

| | | |
|---|---|---|
| YOMARIE FEBRES, | : | |
| Plaintiff | : | |
| v. | : | 5:04-CV-284-4 (WDO) |
| HOWARD SILLS, | : | |
| Defendant | : | |

| | | |
|---|---|---|
| CHERYL MABRY, | : | |
| Plaintiff | : | |
| v. | : | 5:04-CV-285-3 (WDO) |
| HOWARD SILLS, | : | |
| Defendant | : | |

1

## CONSOLIDATION ORDER

The above cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The **LEAD** case shall be <u>Thunderbird v. Baskin</u>, 5:03-CV-392-3 (WDO).

DISCOVERY SHALL BE STAYED in this consolidated case until further notice of the court. The court will schedule a hearing to be held as soon as practicable. The Courtroom Deputy Clerk will be notifying the parties BY UNITED STATES MAIL of the date, time and location for said conference.

It has come to the court's attention that some of the plaintiffs have failed to serve the defendant(s) named in their individual complaints and that some of the plaintiffs have moved from the addresses originally provided to the court but have failed to provide forwarding addresses to the court. Failure of any individual plaintiff to (1) serve the defendant(s) named in his or her original complaint NO LATER THAN TEN DAYS FROM THE DATE OF THIS ORDER and (2) failure to provide the court with their new, correct address shall cause that plaintiff's claims and that plaintiff as a party to be dismissed WITH PREJUDICE for failure to prosecute their case.

The parties are HEREBY NOTIFIED that the court is considering appointing a special master to hear this case. The parties are ordered to present any legal or factual arguments they have for or against the appointment of a special master during the upcoming hearing.

Finally, the court HEREBY NOTIFIES the parties that, after a review of all the files, it appears this court does not have jurisdiction over any of the plaintiffs' claims; that is, it appears that the plaintiffs failed to allege a claim over which this court has authority and failed to allege a claim that falls under any federal law or rule. The parties are HEREBY ORDERED to present legal and factual arguments to the court during the upcoming hearing regarding whether this court has jurisdiction over any of the plaintiffs' claims.

**SO ORDERED this 14th day of September, 2004.**

*/s/ Wilbur D. Owens, Jr.*
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED ON DOCKET
09-14, 2004
Gregory J. Leonard, Clerk
Deputy Clerk

3