IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED
CLERK'S OFFICE

2004 OCT 18  AM 8:19

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

## MOTION TO DISMISS

DARYE LAMPKIN,                         *

       Plaintiff              *          CIVIL CASE NO. 5:03-CV-392(WDO)

vs.                                    *

HOWARD RICHARD SILLS

       Defendant

Comes Now, Darye Lampkin (Plaintiff) through the defendant's prayer of relief request to dismiss complaint. (I) Plaintiff hereby withdraw my complaint Civil Case No. 5:04-CV-204(WDO) DARYE LAMPKIN vs. HOWARD RICHARD SILLS.

_____
NOTARY PUBLIC, ATHENS CLARKE COUNTY, GEORGIA
MY COMMISSION EXPIRES JULY 25, 2005
Notary

_____
Darye Lampkin
367 Epps Bridge Pkwy.
Athens, GA 30606

Thursday October 14th, 2004