IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DWIGHT D. YORK, a/k/a
MALACHI YORK, et al.,

    Plaintiffs

v.                         5:03-CV-392-3 (WDO)

DAWN BASKIN, et al.,

    Defendants

### ORDER

Plaintiff Dwight York filed the instant case alleging numerous claims against the government officers and officials who were involved in his criminal case. After Mr. York's case was filed, several other individuals involved in the events that led up to Mr. York's arrest filed civil suits alleging that the officers who carried out the raids and arrests did so in violation of the plaintiffs' constitutional rights. All of those cases have been consolidated under the case number listed above. Subsequent to the consolidation, several of the plaintiffs have voluntarily dismissed their claims and were, as a result, dismissed as plaintiffs from this case.

Plaintiff Dwight York was ordered, on August 10, 2004, to file a complaint that complies with Federal Rule of Civil Procedure 8. That is, he was ordered to file a **short and plain statement** of his claims. He had previously filed five complaints that could in no way be construed to state a federal cause of action. Plaintiff York was given explicit instructions regarding the form of complaint he was

to file. York was warned that failure to file a recast complaint within 20 days of August 10, 2004 would result in the dismissal of all or portions of his case. Plaintiff York failed to file the recast complaint as ordered. He also failed to present any evidence that any condition or individual(s) are preventing him from complying with the court's previous orders. Having had sufficient warning of dismissal, Plaintiff York's claims ARE DISMISSED IN THEIR ENTIRETY WITH PREJUDICE. He is also DISMISSED AS A PARTY from this case.

On September 14, 2004, the court consolidated more complaints with this case and ordered that discovery be stayed to await any other cases that may be filed related to the same series of events. The court also instructed those plaintiffs who had not served their complaints on the defendants named therein to serve the complaints within ten days of that order. It appears from a review of the record that all but one plaintiff complied with that order. There is no entry showing that Plaintiff Isaam Williams served his complaint on the defendants. Plaintiff Isaam Williams is HEREBY DISMISSED from this case and all of his claims are DISMISSED WITH PREJUDICE.

The status conference originally set for November 2, 2004 at 10:00 a.m. is HEREBY CANCELLED.

Pursuant to Local Rule 72 THIS CASE IS HEREBY REFERRED TO MAGISTRATE JUDGE RICHARD HODGE to hear and determine all pretrial matters that may arise in this case and to provide a Report and Recommendation on any motions for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or for any other dispositive motion.

**SO ORDERED this 20th day of October, 2004**

_____
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**