**Notice of Voluntary Dismissal**

RECEIVED
CLERK'S OFFICE

2004 OCT 28  AM 8: 18

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Yomarie Febres

Vs

Howard Sills

Plaintiff (I) Yomarie Febres through the defendant's prayer of relief request to dismiss complaint without prejudice.

Plaintiff hereby withdraw my complaint case # 5:03-cv-00392 Yomarie Febres vs Howard Sills.

*Yomarie Febres*   10-27-04
Yomarie Febres
245 Lakeview Trail
Covington GA 30016