IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Chief Black Thunderbird Eagle

   Plaintiff

vs.

Dawn Baskin, et al.

   Defendants

CASE NO. 5:03-CV-0392-3

**DR. WILLIAM S. THOMPSON, M.D.'S RESPONSE TO COURT ORDER ERRONEOUSLY GIVEN IN THE CASE TITLED "DWIGHT D. YORK VS DAWN BASKIN ET AL" AND REQUEST THAT INTERVENTION BE GRANTED IN THE CASE OF "CHIEF BLACK THUNDERBIRD EAGLE VS DAWN BASKIN ET AL"**

Now comes Dr. William S. Thompson, M.D., referred to as "an individual identifying himself as 'Dr. William S. Thompson, M.D.', by this court in the court order dated October 21, 2004, in the case no 5:03-CV-392-3, a case erroneously titled "Dwight D. York, a/k/a, Malachi York, et al., vs Dawn Baskin, et al." (see Exhibit A) and thus this case has no bearing whatsoever on the request by Dr. William S. Thompson, M.D. to intervene in the case titled " Chief Black Thunderbird Eagle vs Dawn Baskin, et al. Dr. William S. Thompson, M.D., intervener, states for the court records, that he in no way, shape, form, or fashion tried to imply, portray himself as an attorney, nor request to the court that he be granted permission to intervene on behalf of Dwight D. York, an individual unknown to Dr. William S. Thompson, M.D. Further, Dwight D. York has never been a patient in the care of Dr. William S. Thompson, M.D., who is, and has been

2.

the private physician of Chief Black Thunderbird "Eagle" for over nine years. In his filing in the case of Chief Black Thunderbird "Eagle" vs Dawn Baskin et al., Dr. William S. Thompson, M.D. never implied that he was acting as an attorney and never presented himself as such to the court or anyone connected with the court. Dr. William S. Thompson, M.D. does however exercise his right as a born Native of the these United States of America, as allowed by Local Rules of Civil Procedure, Rule 24 (a) (2) which states that "**anyone** shall be permitted to intervene…" in an action "…when the applicant claims an interest … which is the subject of the action and the applicant is so situated that the disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect that interest…" As the private physician of Chief Black Thunderbird "Eagle" and as a tribal member of his Native American Tribe, The Yamassee Native Americans, Dr. William S. Thompson, M.D. has a significant interest in the case of Chief Black Thunderbird "Eagle" vs Dawn Baskin et al. For the purpose of clarification, Dr. William S. Thompson, M.D., further states that he has no intention of representing or intervening for the individual named Dwight D. York, someone unknown to Dr. William S. Thompson, M.D., except as reported in the news article by WXIA-TV 11 Alive/October 2, 2003 "Police arrested the group's leader 36-year-old Dwight D. York" ( refer to Exhibit B). Dr. Malachi Z. York, Ph.D., who is Chief Black Thunderbird "Eagle" of The Yamassee Tribe of Native Americans, a private patient of Dr. William S. Thompson, M.D., is a 59 year old and has never been named or referred to as Dwight D. York.

3.

## SUMMARY

In summary, Dr. William S. Thompson, M.D., states for purposes of clarification, that the case referred to and titled as "Dwight D. York vs Dawn Baskin, et al", is not the case he is requesting to intervene into and thus the Order passed down by this Court has been erroneously given in a case involving an individual named Dwight D. York and has no bearing whatsoever on Dr. William S. Thompson, M.D.'s motion to intervene in the case of "Chief Black Thunderbird 'Eagle' vs. Dawn Baskin et al. With all due respect to this Court and His Honor, the Honorable Judge Wilbur D. Owens, Jr., Dr. William S. Thompson, M.D., requests that his motion, "Motion to Intervene And Request That Time Be Allowed For Plaintiff Chief Black Thunderbird 'Eagle', Be Made Aware Of The Status of His Case And Consolidated Brief (in support of the motion)", filed in the case of Chief Black Thunderbird "Eagle" vs Dawn Baskin et al., Case number 5:03-CV-392-3. Dr. William S. Thompson, M.D. also informs this Court that the title of his Motion to Intervene is now amended to "Motion To Intervene And Request That Time Be Allowed For Plaintiff Chief Black Thunderbird 'Eagle' To Be Made Aware Of The Status Of His Case, With Consolidated Brief". Dr. William S. Thompson, M.D. further requests that the Court, while reviewing the Motion to Intervene, also review the amendment to his Motion to Intervene. While reviewing the Motion to Intervene, the Court must make note of the fact that said motion has nothing whatsoever to do with an individual named Dwight D. York, a 36 year old person who has never been treated by nor received

4.

medical attention from Dr. William S. Thompson, M.D., the private physician of Dr. Malachi Z. York, Ph.D. who is Chief Black Thunderbird "Eagle" Chief of the Yamassee Tribe of Native Americans.  Further evidence that Dwight D. York and Chief Black Thunderbird Eagle are two different individuals was confirmed by documents received from the Oklahoma Federal Transfer Center by Presumption of Innocence Legal Defense Foundation when the Foundation attempted to deliver by mail legal documents to notify Chief Black Thunderbird Eagle of the courts order, dated August 10, 2004, to file a recast of his Civil Complaint (Chief Black Thunderbird Eagle vs Dawn Baskin, et al Case no. 5:03-CV-392-3) upon receipt of the documents by the Oklahoma Federal Transfer Center in Oklahoma City, Oklahoma, said documents were returned to Presumption of Innocence Legal Defense Foundation accompanied by U.S. Justice Department Federal Bureau of Prison Form – BP-S328.058 (see Exhibit E), where it states "**unauthorized for delivery, another persons legal work**".  Also, according to the Federal Bureau of Prisons Inmate Locator, the information listed refers to Dwight D. York (see Exhibits C) and not Chief Black Thunderbird Eagle, another error in identification as noted on the Certificate of Service submitted by the court in the court order dated October 21, 2004 **erroneously titled** Dwight D. York vs Dawn Baskin, et al. (see Exhibits D).

In conclusion Dr. William S. Thompson M.D. moves the court, after careful review of the facts, to abide by it's Local Rules of Procedure and allow him to intervene in the case **Chief Black Thunderbird Eagle vs Dawn Baskin, et al Case Number 5:03-CV-392-3**

This document is respectfully submitted this 29th day of October, 2004 by

*William S. Thompson, M.D.*
Dr. William S. Thompson, M.D.
Intervener

P.O. Box 637
Monticello, Georgia 31064

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that a copy of the foregoing " Dr. William S. Thompson, M.D.'s Response to Court Order Erroneously Given in the Case Titled ' Dwight D. York vs Dawn Baskin, et al' and Request that Intervention be Granted in the Case of 'Chief Black Thunderbird Eagle vs Dawn Baskin, et al'." was placed in the United States Mail, with adequate postage prepaid and addressed to :

United States Attorney
Maxwell Wood
Assistant United States Attorneys
Richard Moultrie
Stephanie Thacker
P.O. Box 1702
Macon, Georgia 31202

District Attorney Fred Bright
121 N. Wilkinson Street
Milledgeville, Georgia 31061

Attorney Dawn Baskin
Attorney Stephan Bradley
824 Oak Street, Suite 2
Eatonton, Georgia 31024

Putnam County Sheriff's Department
Special Prosecutor Sheriff Howard Richard Sills
111 Ridley Drive
Eatonton, Georgia 31024

Jones County Law Enforcement Center
Detention Center
Dr. Vince Waite, M.D.
Dr. Linda Arnold-Walker, M.D.
123 Holmes Hawkins Drive
Gray, Georgia 31032

Tracey Bowen
Detective
111 Ridley Drive
Eatonton, Georgia 31024

U.S. Marshal James T. Roberts, Jr.
U.S. Marshals Service
100 North Franklin Street
Dublin, Georgia 31021

Federal Bureau of Investigation
First Liberty Bank Building
Special Agent: Julaine Ward
201 Second Street
Macon, Georgia 31201

Dr. Rakesh Kumar, M.D.
123 Sparta Highway
Eatonton, Georgia 31024

This 29th Day of October, 2004

*William S. Thompson, MD*

Dr. William S. Thompson, M.D.

P.O. Box 637
Monticello, Georgia  31064