IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Mona Jackson
DeLanta Jones
Shirley Grant-Evans
Lavonne Pinder
Rosalyn Ellis
Diahann Stevens
**Plaintiffs**

vs.

**Civil Action No.**
5:03-CV-392-3 (WDO)
Amended Complaint

Howard Richard Sills
Tracy Bowen
**Defendants**

1. Plaintiffs second amended complaint should read as follows:

   1. Mona Jackson

      DeLanta Jones

      145 Chan Da Lar Dr.

      Gray, Georgia 31032

   2. Shirley Grant –Evans

      150 Woodlake Pl #4

      Athens, Ga. 30605

   3. Lavonne Pinder

1

    427 A Plaza Drive

    Monroe, Georgia 30655

  4.  Rosalyn Ellis

    2360 W. Broad Street R9

    Athens, Georgia 30606


_____
Mona Jackson
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
145 Chan Da Lar Dr.
Gray, Georgia 31032

_____
DeLanta Jones
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
*145 Chan Da Lar Dr.*
*Gray, Georgia 31032*


_____
Shirley Grant-Evans
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
150 Woodlake Pl #4
Athens, Ga. 30605

_____
Lavonne Pinder
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
2042 Freeman St.
Macon, Ga. 31201

_____
Rosalyn Ellis
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
423 A Plaza Drive
Monroe, Georgia 30655

## AFFIRMATION

By my hand, I affirm, this 26th day of the second month, in the year two-thousand and five, I affix my lawful signature and seal.

_____
Mona Jackson
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
145 Chan Da Lar Dr.
Gray, Georgia 31032

_____
DeLanta Jones
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
145 Chan Da Lar Dr.
Gray, Georgia 31032

_____
Shirley Grant-Evans
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
150 Woodlake Pl #4
Athens, Ga. 30605

_____
Lavonne Pinder
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
2042 Freeman St.
Macon, Ga. 31201

_____
Rosalyn Ellis
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
423 A Plaza Drive
Monroe, Georgia 30655

4

## VERIFICATION

I, **Mona Jackson, DeLanta Jones, Shirley Grant-Evans, Lavonne Pinder and Rosalyn Ellis** affirm that the statements in this amended are factual and accurate to the best of my informed knowledge and belief, and hereby reserve the right to amend this claim as necessary without prejudice, in the best interests of justice.

By my hand, this 26th day of February in the year two thousand and five (2005).

_____
Mona Jackson
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
145 Chan Da Lar Dr.
Gray, Georgia 31032

_____
DeLanta Jones
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
145 Chan Da Lar Dr.
Gray, Georgia 31032

_____
Shirley Grant-Evans
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
150 Woodlake Pl #4
Athens, Ga. 30605

5

_____
Lavonne Pinder
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
2042 Freeman St.
Macon, Ga. 31201

_____
Rosalyn Ellis
*In Propria Persona, Dei Gratia*
*Nullus jus alienum forisfacere potest*
423 A Plaza Drive
Monroe, Georgia 30655


JURAT/NOTARY PUBLIC:

On this 26th day of February, 2005, affirmed to and subscribed before me came five **Mona Jackson, DeLanta Jones, Shirley Grant-Evans, Lavonne Pinder and Rosalyn Ellis.**


SEAL               FEB 2 6 2005

*Marie Wood*

My Commission Expires January 29, 2006

6

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

Mona Jackson
DeLanta Jones
Shirley Grant-Evans
Lavonne Pinder
Rosalyn Ellis
**Plaintiffs**

vs.

**Civil Action No.**
5:03-CV-392-3 (WDO)
Amended Complaint

Howard Richard Sills
Tracy Bowen
**Defendants**

## CERTIFICATE OF SERVICE

Under penalty of perjury, I **Mona Jackson, DeLanta Jones, Shirley Grant-Evans, Lavonne Pinder and Rosalyn Ellis**, certify that I have served the Defendants, Howard Richard Sills and Tracy Bowen, with a copy of the Amended Complaint filed in the styled case above, by utilizing the U.S. Postal Service's Priority Mail service with the delivery confirmation option.