IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MONA JACKSON, DeLANTA JONES, SHIRLEY GRANT-EVANS, LAVONNE PINDER, ROSALYN ELLIS, DIAHANN STEVENS, and YOMARIE FEBRES, : : : : : : | |
| Plaintiff, : vs. : HOWARD RICHARD SILLS, and TRACEY BOWEN, : : : : Defendants. | **5:03-CV-392(WDO)** |

**RECOMMENDATION TO GRANT MOTIONS FOR VOLUNTARY DISMISSAL**

The above styled § 1983 civil action is what remains of numerous cases filed by numerous *pro se* plaintiffs against numerous defendants loosely arising out of similarly alleged constitutional violations**.**  Presently pending herein are what the court considers to be motions for dismissal filed by plaintiffs DIAHANN STEVENS (Document # 44) and YOMARIE FEBRES (Document # 67).  No responses or objections having been filed to these motions it is the **RECOMMENDATION** of the undersigned that the same be **GRANTED.**  For the purposes of clarity, should the above recommendation be adopted, it is the **FURTHER RECOMMENDATION** of the undersigned that the names of those plaintiffs be deleted from the caption of this lawsuit.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Wilbur D. Owens, Jr., United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 7th day of April 2005.


                                /s/ Richard L. Hodge
                                RICHARD L. HODGE
                                UNITED STATES MAGISTRATE JUDGE