**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MONA JACKSON, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **5:03-CV-392 (WDO)** |
| | : | |
| **HOWARD SILLS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant Plaintiff Diahann Stevens' and Plaintiff Yomarie Febres' motions to dismiss them from this case. Having carefully considered the Recommendation and there being no objection thereto, the Recommendation is ADOPTED. The Clerk of Court is directed to remove these individuals as parties from the docket of this case.

**SO ORDERED this 25th day of May, 2005.**


**S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**