**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **MONA JACKSON, et al.,** : <br> **Plaintiffs** : <br> : <br> **vs.** : <br> : <br> **HOWARD RICHARD SILLS,** : <br> **et al.,** : <br> **Defendants** : | **5:03-cv-392 (WDO)** |

## O R D E R

Without objection, the within recommendation of dismissal of the magistrate judge as to Shirley Grant-Evans and LaVonne Pinder is **ACCEPTED IN ITS ENTIRETY AND MADE THE ORDER OF THE COURT.**

**SO ORDERED**, this 6th day of July, 2005.

/s Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE