# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **MONA JACKSON, et al.,** | : |
| **Plaintiffs** | : |
| v. | :     5:03-CV-392 (WDO) |
| **HOWARD SILLS, et al.,** | : |
| **Defendants** | : |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss the remaining claims and parties, and the Plaintiffs having filed no objection thereto, the Recommendation is ADOPTED as the order of the Court. This case is DISMISSED and judgment shall be entered in Defendants' favor.

**SO ORDERED this 3rd day of May, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**