## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| *MONA JACKSON, et al.,* | : |
| *Plaintiffs,* | : |
| *v.* | : C. A. NO. 5:03-cv-392(WDO) |
| *HOWARD SILLS, et al.,* | : |
| *Defendants.* | : |

## J U D G M E N T

Pursuant to the Order of this Court filed May 3, 2006, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of May, 2006.

**GREGORY J. LEONARD, CLERK**

**s/Cheryl M. Alston, Deputy Clerk**