IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROSALYN ELLIS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:03-CV-392 (WDO) |
| | : | |
| **HOWARD SILLS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Plaintiff Rosalyn Ellis filed what was construed as a Notice of Appeal from the judgment entered against her in the above case. Plaintiff Ellis also filed a motion to proceed *in forma pauperis* on appeal. Pursuant to 28 U.S.C. § 1915(a), a district court must compare the filer's assets with her liabilities in order to determine whether she satisfies the poverty requirement. Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1309 (11th Cir. 2004). Plaintiff's current unemployment and her overall financial position as represented in the IFP affidavit persuades this Court that she is unable to pay the costs and fees associated with the appeal of this case. Accordingly, the Court hereby **GRANTS** Plaintiff's motion to proceed *in forma pauperis* on appeal.

SO ORDERED this 8th day of June, 2006.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**