IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 06-13106-CC

_____

S:03-CV-392

CHIEF BLACK THUNDERBIRD "EAGLE",
a.k.a. Dwight D. York, et al.,

                                        Plaintiff,

ROSALYN ELLIS,

                                        Plaintiff-Appellant,

                    versus

DAWN BASKIN,
Assistant District Attorney, et al.,

                                        Defendants,

JOAN CRONIER,
JALAINE WARD,
NICOLE HARDEN,
TRACY BOWEN,

                                        Defendants-Appellees.

-------------------------
On Appeal from the United States District Court for the
Middle District of Georgia
-------------------------

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-2(c), this appeal is hereby dismissed for
want of prosecution because the appellant has failed to file the
appellant's brief and record excerpts within the time fixed by the
rules, effective this 25th day of July, 2006.

                         THOMAS K. KAHN
                    Clerk of the United States Court
                    of Appeals for the Eleventh Circuit

                    By: __/s/ Eleanor M. Dixon_____
                         Deputy Clerk
                         FOR THE COURT - BY DIRECTION

                                              ORD-40
                                              5/91