IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION



MONA JACKSON, DE LANTA JACKSON et al.,

    AND

ROSALYN ELLIS et al

    Plaintiffs,  .       CIVIL ACTIN FILE

    VS.  .       NO. 5:03-CV-392 (WDO)

    .

HOWARD RICHARDS SILLS, et al.,  .

    AND  .

TRACEY BOWEN     et al.,  .

    Defendants  .

    .

    This is a motion requesting the reinstatement of case (No. 5:03-CV-392 (WDO)), civil actions, concerning the constitutional violations, associated with of the cruel and unusual detainment from law enforcement against the children and youth of the "Nuwaubian Organization". Rosalyn Ellis, is on behalf of my daughter's case Samaiyah Ellis, where she suffered emotional trauma on (civil action- 5:04-CV-268) associating Tracey Bowen as the law official from Putnam County's Sheriff Department, originating from the allegations, investigation, trial, and conviction of Malachi Kobina York/a/k/a, (Misnomer) Dwight D. York.

In addition to Howard Richard Sills, Putnam County Sheriff, having knowledge of accusations of York's so called alleging molestation activities, and Sills, fail to disclose this information to residents of those that lived on the land of the "Nuwaubian Organization". This left the children of the land to become accessible to the risk of being victimize, and exploited through possible molestation, (civil action- 5:04-CV-199) case of Mona Jackson and DeLanta Jackson, who would be appearing on behalf of their 3 children, who were traumatize also by the raid on the Nuwaubian Organization Land, at 404 Shady Dale Road, Eatonton Georgia, 31024, on May 8, 2002.

Mona Jackson/DeLanta Jackson

*Mona Jackson/DeLanta Jackson*

Rosalyn Ellis

*Rosalyn Ellis*