MONA JACKSON, DELANTA JONES, ROSALYN ELLIS

C/O ANNETTE JOHNSON

P.O. BOX 27161

MACON, GEORGIA, 31221



U.S. POSTAGE
PAID
MACON, GA
31210
MAY 28 '11
AMOUNT
$0.88
00081880-19

1000   31202

MIDDLE U.S. DISTRICT COURT OF GEORGIA,

MACON GEORGIA

P.O. BOX 128, MACON GEORGIA 31201