IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MONA JACKSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:03-CV-392 (MTT) |
| ) | |
| HOWARD RICHARD SILLS*, et. al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on Plaintiffs Mona Jackson, DeLanta Jones, and Rosalyn Ellis' Motion for Reinstatement of the Case. (Doc. 108). The Movants do not provide a legal or factual basis for why the Court should reinstate this action after dismissing it five years ago. Accordingly, the Motion is **DENIED.**

**SO ORDERED**, this the 15th day of June, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT