RECEIVED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

2011 SEP -8 AM 8:37

FOR THE MIDDLE DISTRICT OF GEORGIA

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON. GEORGIA    MACON DIVISION


MONA JACKSON, DE LANTA JACKSON  et al.,

     AND

     ROSALYN ELLIS et al

       Plaintiffs,       .     CIVIL ACTIN FILE

       VS.        .     NO.  5:03-CV-392 (WDO)

                 .

HOWARD RICHARDS SILLS, et al.,   .

     AND             .

     TRACEY BOWEN      et al.,   .

     Defendants           .

_____     .


This is a motion requesting the reinstatement of case (No. 5:03-CV-392 (WDO)), civil actions, concerning the constitutional violations, associated with of the cruel and unusual detainment from law enforcement against the children and youth of the "Nuwaubian Organization".  Rosalyn Ellis, is on behalf of my daughter's case Samaiyah Ellis, where she suffered emotional trauma during the interrogation regarding allegations and possible molestation by Malachi K. York (civil action- 5:04-CV-268) associating Tracey Bowen as the law official from Putnam County's Sheriff Department, who intimidated and harassed and coerce

this youth,  on May16, 2003 though the youth adamantly stated York had not molested her,

Greene v. Camreta, 588 F.3d 1011 (9th Cir. 2010).  Interrogating this youth without the

permission of her parent, Rosalyn Ellis, who was not a suspect in the allegations. This illegal

detainment, which originated from the allegations, investigation, of Malachi Kobina York/a/k/a,

(Misnomer) Dwight D. York, who was supposedly under investigation for such alleged activities

through the Putnam County Sheriff Department, by the Sheriff, Howard Richard Sills, since the

year Fall of  1998.

In addition to Howard Richard Sills, Putnam County Sheriff, having knowledge of theses

accusations of York's so called alleged  molestation activities,  Sills, fail to disclose this

information to the residents and parents  of those that lived on the land of the "Nuwaubian

Organization", for the duration of his investigation starting in the year of 1998,  which within

this time, left the children of the land exposed and accessible to the risk of being victimize, and

exploited through possible molestation, (civil action- 5:04-CV-199) case of Mona Jackson and

DeLanta Jackson.

 Mona Jackson and DeLanta Jackson,  would be appearing on behalf of their 3 children, and

representing them as  concern parents, felt their children's lives where left in jeopardy and

exposure to  possible molestation , in addition being traumatize also by the raid, on the

Nuwaubian Organization Land, at 404 Shady Dale Road, Eatonton Georgia, 31024, on May 8,

2002, thought presumed  possible victims, where held at gun point in the heat of the sun on the

cemented ground faced down by gunpoint and mistreated by so-called concerned Putnam County

Law Officials, headed by Howard Richard Sills.

Mona Jackson/DeLanta Jackson

*Mona and DeLanta Jackson*

Rosalyn Ellis

*Rosalyn Ellis*