IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MONA JACKSON**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:03-CV-392 (MTT) |
| | ) |
| **HOWARD RICHARD SILLS**, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs Mona Jackson, DeLanta Jones, and Rosalyn Ellis' Second Motion for Reinstatement of the Case. (Doc. 110). Again, the Movants do not provide a legal or factual basis for why the Court should reinstate this action after dismissing it five years ago. Accordingly, the Motion is **DENIED.**

**SO ORDERED**, this the 23rd day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT